

| State of New York<br>**Division of Housing and Community Renewal**<br>Office of Rent Administration<br>Web Site: www.hcr.ny.gov | Gertz Plaza<br>92-31 Union Hall Street<br>Jamaica, NY 11433<br>**(833) 499-0343** | Docket Number<br>**MN 610078 S**<br>Issue Date<br>**10/24/2024** |
| --- | --- | --- |

## ORDER REDUCING RENT FOR
## RENT STABILIZED TENANT(S)

**Mailing Address of Owner:**

1915 Realty Llc
P.O. Box 243
Brooklyn NY  11204

**Mailing Address of Tenant(s):**

Damian Batista
Apt 57
1915 Billingsley Ter
Bronx NY  10453

**Subject Housing Accommodation:**

Apt. No: 57
1915 Billingsley Ter
Bronx NY  10453

I.    FACTS:  The tenant(s) filed a complaint on 02/05/2024 based upon decreases in service(s).  The owner was afforded an opportunity to respond by service of complaint on 02/28/2024.

II.   FINDINGS:  Based upon a complete review of the record, the DHCR finds:

   SERVICES NOT MAINTAINED:
FLOOR LEVELING KITCHEN
BATHROOM SINK FAUCET
BEDROOM 1 DOOR
LEFT LIVING ROOM WINDOW
PAINT/PLASTER APT WIDE

   SERVICES MAINTAINED:
PLUMBING TUB FAUCET
FLOOR/COVERING LIVING ROOM
COOKING GAS

   ADDITIONAL COMMENTS:



**New York State Homes and Community Renewal**
**DHCR - Office of Rent Administration**

This is a true and accurate copy of a DHCR/ORA document using an unaltered digital image.

Date: 9/18/2025

*Sharae Russell*
Certifying Officer

To:   1915 REALTY LLC
      P.O. BOX 243
      BROOKLYN NY  11204

RO-2970  (11/2023)

PAGE 1 OF 4



| | State of New York<br>**Division of Housing and Community Renewal**<br>Office of Rent Administration<br>Web Site: www.hcr.ny.gov | Gertz Plaza<br>92-31 Union Hall Street<br>Jamaica, NY 11433<br>(833) 499-0343 | Docket Number<br>**MN 610078 S**<br>Issue Date<br>**10/24/2024** |
|---|---|---|---|

## ORDER REDUCING RENT FOR
## RENT STABILIZED TENANT(S)

An inspection was conducted at the subject premises on June 27, 2024.
The following services were found not maintained:
.
1. There is a bulging floor tile near the washer in the kitchen.
2. The bathroom sink faucet is loose.
3. Bedroom 1 wooden door is broken/chipped near the knob.
4. Left Living Room window has a loose metal balance.
   (However, no defects were found to the remaining windows
    in the apartment)
5. Defects to paint/plaster Apartment-Wide as follows:
   a) bathroom ceiling (above tub) is sagging/bubbling/cracking
      and uneven surface.
   b) Bedroom 2 has cracks and uneven surface throughout the ceiling
      and around the windows.
   c) Bedroom 3 ceiling has cracks and uneven surface.
      PROPER PLASTERING, SANDING, AND PAINTING REQUIRED.

The following services were found maintained on June 27, 2024:
.
1. The tub faucet is not loose/defective.
2. No defects to living room floor tiles.
3. Cooking gas is being provided to the apartment and building.
.
.
Regarding the Tenant's complaint of "vacate order", appropriate
action will be taken under Docket Number MN610047S.

III. <u>DETERMINATION:</u>  The legal regulated rent is reduced to the level in effect
     prior to the most recent guidelines adjustment for the tenant's lease which
     commenced before the effective date of this Order.

     No rent adjustments may be collected after the effective date of this rent
     reduction Order, 03/01/2024, until a rent restoration order has been
     issued. The owner is directed to refund to the tenant(s) all amounts
     collected in excess of the reduced rent since the effective date of this
     rent reduction Order. If the owner fails to make a refund within thirty
     (30) days of the issue date of this Order, the tenant is authorized to
     deduct the amount from future rent(s) until the total amount has been
     refunded, unless the owner files a Petition for Administrative Review of
     this Order. The owner is directed to restore the above services not
     maintained for all apartments affected by the order within thirty (30)
     days of the issue date.

IV.  <u>EFFECTIVE DATE:</u> 03/01/2024 - which is the first of the month following
     the service of the complaint on owner.



| | | |
|---|---|---|
| **State of New York**<br>**Division of Housing and Community Renewal**<br>Office of Rent Administration<br>Web Site: www.hcr.ny.gov | Gertz Plaza<br>92-31 Union Hall Street<br>Jamaica, NY 11433<br>(833) 499-0343 | Docket Number<br>**MN 610078 S**<br>Issue Date<br>**10/24/2024** |

## ORDER REDUCING RENT FOR
## RENT STABILIZED TENANT(S)

V.    <u>PETITION FOR ADMINISTRATIVE REVIEW</u> (PAR): If you believe this order is based on an error in law and/or fact, you may file a PAR on DHCR form RAR-2, no later than 35 days after the issuance of this order. PARs filed after the time limit specified above will be considered late and will be dismissed. Requests for an extension of time to file a PAR cannot be considered. Call (833) 499-0343 or visit your local Rent Office and request form RAR-2. This form is also available on our website at hcr.ny.gov.

*Margaret Ramroop*

MARGARET RAMROOP
Rent Administrator    Issued: 10/24/2024

Attachment(s): NOTICE OF ADDITIONAL INFORMATION



**New York State Homes and Community Renewal**
**DHCR - Office of Rent Administration**

This is a true and accurate copy of a DHCR/ORA document using an unaltered digital image.

Date: 9/18/2025

*Sharae Russell*
Certifying Officer

|  | State of New York<br>**Division of Housing and Community Renewal**<br>Office of Rent Administration<br>Web Site: www.hcr.ny.gov | Gertz Plaza<br>92-31 Union Hall Street<br>Jamaica, NY 11433<br>(833) 499-0343 | Docket Number<br>**MN 610078 S**<br>Issue Date<br>**10/24/2024** |
| --- | --- | --- | --- |

## NOTICE OF ADDITIONAL INFORMATION

I.  ADDITIONAL INFORMATION
(1) If the owner fails to make a refund of a retroactive reduction within thirty (30) days of the issue date of the referenced order, the tenant is authorized to deduct the amount from future rent(s) until the total amount has been refunded unless the owner files a PAR.
(2) A tenant with a valid Senior Citizen Rent Increase Exemption (SCRIE) certificate or a valid Disability Rent Increase Exemption (DRIE) certificate should notify the SCRIE or DRIE program immediately upon receipt of this Order.
(3) For a rent controlled apartment where there is already an Order Reducing Maximum Collectible Rent in effect for a service decrease specifically contained herein, or for a rent stabilized apartment where such an Order is already in effect for any type of decreased services, no further rent reduction is authorized by this Order, unless the effective date of this Order predates the effective date of the reduction already in effect.
(4) If a tenant receives a rent reduction from DHCR and also receives another abatement or a rent credit because of the same conditions, the tenant cannot get both benefits at the same time.  Therefore:
(i) If a rent-controlled tenant has received in court a credit, abatement, or offset in rent because of a breach of the warranty of habitability, and the credit, abatement, or offset applies to rent payable for the months also covered by the reduction granted herein, and the breach of the warranty of habitability relates to one or more of the same conditions as those found not maintained herein, then: that portion of the reduction ordered herein for such conditions for any month(s) to which both the reduction and the credit, abatement, or offset apply, is reduced by the amount of that portion of the credit, abatement, or offset that is received because of the conditions found not maintained herein.  If the credit, abatement, or offset is greater than the amount of the reduction ordered for the same item, the reduction shall not take effect for months in which the credit, abatement, or offset applies.
(ii) If a rent-stabilized tenant has received in court a credit, abatement, or offset in rent because of a breach of the warranty of habitability, and the credit, abatement, or offset applies to rent payable for the months also covered by the reduction granted herein, and the breach of the warranty of habitability relates to one or more of the same conditions as those found not maintained herein, then: the reduction ordered herein for any month(s) to which both the reduction and the credit, abatement, or offset apply shall not be combined with the amount of the credit, abatement, or offset so as to reduce the tenant's rent to a level lower than the level in effect prior to the most recent guidelines increase, unless the credit, abatement, or offset is greater than the reduction ordered herein, in which case the reduction does not apply for any such months.
II. NON-COMPLIANCE
If the owner fails to restore services, the tenant may request that compliance proceedings be initiated, by filing an Affirmation of Non-Compliance (form RA-22.1), after thirty (30) days from the issue date of the order.  The form may be requested by calling (833) 499-0343.
III. PENALTIES
If the owner fails to restore the service(s) as directed in the referenced order, then the DHCR may impose penalties & sanctions for each instance of non-compliance as follows:
(1) For violating an Order, a civil penalty of up to $2,000 ($1,000 minimum) for the first such offense and up to $3,000 ($2,000 minimum) for each subsequent offense. If each service, directed to be restored is not restored in a timely manner, it may constitute a separate violation.
(2) For knowingly violating any provision of the Rent Stabilization Law or Code (if applicable), a civil penalty of up to $250 for each violation. Each reduction in service may constitute a further violation separate and apart from the violation described in paragraph (1).

RO-2995 (3/1999)                                PAGE 4 OF 4