

≡  RENTAL PROP

## Transactions

Please allow 1-2 days for your recent payments

Make a payment

Feb 03, 2026 ✓

**$707.00** • ✓

T029582

JPMORGAN CHASE BANK **** 6554

Unit: 1915 BILLINGSLEY TERRACE, #57

Jan 02, 2026 ✓

**$707.00** • ✓

T029100

JPMORGAN CHASE BANK **** 6554

Unit: 1915 BILLINGSLEY TERRACE, #57



**RENTAL PROP**

# Transactions

Please allow 1-2 days for your recent payments

Make a payment

---

**$707.00** •                                                                    Dec 01, 2025

JPMORGAN CHASE BANK **** 655...                                     T028609

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$707.00** •                                                                    Nov 01, 2025

JPMORGAN CHASE BANK **** 655...                                     T028173

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$707.00** •                                                                    Oct 03, 2025

JPMORGAN CHASE BANK **** 655...                                     T027753

Unit: 1915 BILLINGSLEY TERRACE, #57

---

✱ **$707.00** • *SEPTEMBER*                                           Aug 31, 2025

JPMORGAN CHASE BANK **** 655...                                     T027154

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$58.10** •                                                                     Aug 08, 2025

JPMORGAN CHASE BANK **** 655...                                     T026873

Unit: 1915 BILLINGSLEY TERRACE, #57

# Transactions

Please allow 1-2 days for your recent payments

 **RENTAL PROP**

a payment

---

**$707.00** ●         Aug 31, 2025

JPMORGAN CHASE BANK **** 655...      T027154

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$58.10** ●         Aug 08, 2025

JPMORGAN CHASE BANK **** 655...      T026873

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$892.00** ●         Aug 01, 2025

JPMORGAN CHASE BANK **** 655...      T026700

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$892.00** ●         Jul 01, 2025

JPMORGAN CHASE BANK **** 655...      T026126

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$58.10** ●         Jul 01, 2025

JPMORGAN CHASE BANK **** 655...      T026127

Unit: 1915 BILLINGSLEY TERRACE, #57

**$58.10** •                                                    Jun 09, 2025

JPMORGAN CHASE BANK **** 655...                                T025824

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                  May 31, 2025

JPMORGAN CHASE BANK **** 655...                                T025577

Unit: 1915 BILLINGSLEY TERRACE, #57


**$58.10** •                                                    May 31, 2025

JPMORGAN CHASE BANK **** 655...                                T025578

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                  May 01, 2025

JPMORGAN CHASE BANK **** 655...                                T025028

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                  Apr 01, 2025

JPMORGAN CHASE BANK **** 655...                                T024534

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                  Mar 01, 2025

JPMORGAN CHASE BANK **** 655...                                T024012

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                  Feb 07, 2025

JPMORGAN CHASE BANK **** 655...                                T023706

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                  Jan 02, 2025

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T022996

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Dec 02, 2024

T022442

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Nov 01, 2024

T021906

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Oct 02, 2024

T021483

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Sep 06, 2024

T021069

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Aug 01, 2024

T020414

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Jul 01, 2024

T019964

**$1,076.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Jun 04, 2024

T019583

**$1,076.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

May 03, 2024

JPMORGAN CHASE BANK **** 655...

T019097

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Apr 05, 2024

JPMORGAN CHASE BANK **** 655...

T018706

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,022.89** ●

Mar 15, 2024

JPMORGAN CHASE BANK **** 655...

T018392

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Mar 04, 2024

JPMORGAN CHASE BANK **** 655...

T018154

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Feb 08, 2024

JPMORGAN CHASE BANK **** 655...

T017656

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Dec 04, 2023

JPMORGAN CHASE BANK **** 655...

T016508

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Nov 03, 2023

JPMORGAN CHASE BANK **** 655...

T016043

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Oct 01, 2023

JPMORGAN CHASE BANK **** 655...                                      T015490

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •                                                     Aug 31, 2023

JPMORGAN CHASE BANK **** 655...                                      T015028

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •                                                     Aug 02, 2023

JPMORGAN CHASE BANK **** 655...                                      T014634

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •                                                     Jul 07, 2023

JPMORGAN CHASE BANK **** 655...                                      T014296

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •                                                     Jun 03, 2023

JPMORGAN CHASE BANK **** 655...                                      T013807

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •                                                       May 05, 2023

JPMORGAN CHASE BANK **** 655...                                      T013380

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •                                                       Apr 01, 2023

JPMORGAN CHASE BANK **** 655...                                      T012877

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •                                                       Mar 04, 2023

JPMORGAN CHASE BANK **** 655...                                      T012494

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Feb 06, 2023

JPMORGAN CHASE BANK **** 655...

T012122

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Jan 06, 2023

JPMORGAN CHASE BANK **** 655...

T011682

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Dec 05, 2022

JPMORGAN CHASE BANK **** 655...

T011236

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Nov 08, 2022

JPMORGAN CHASE BANK **** 655...

T010902

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Oct 03, 2022

JPMORGAN CHASE BANK **** 655...

T010403

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •

Sep 05, 2022

JPMORGAN CHASE BANK **** 655...

T010053

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •

Jul 31, 2022

JPMORGAN CHASE BANK **** 655...

T009564

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •

Jul 05, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T009298

**$1,023.00** •

Jun 06, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T008955

**$1,023.00** •

May 04, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T008572

**$1,023.00** •

Mar 29, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T008051

**$1,023.00** •

Mar 06, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T007840

**$1,023.00** •

Feb 08, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T007531

**$1,023.00** •

Jan 05, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T007143

**$1,023.00** •

Dec 05, 2021

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T006787

© Rental Prop

Powered by: ManageGo