February 10th,2024

Section 8 Department

To whom it may concern,

My name is Damian Batista (voucher #0598547). I am writing
to inform that on January 3rd,2024 the building department of
New York City lifted the eviction notice on the premises of 1915
Billingsley Terrace, Bronx NY 10453 and the landlord allowed
the tenants to return to their apartments.

I Damian Batista returned to the apartment and I tried calling
the Section 8 department several times to let you guys know that
I returned. I tried calling and even after a long waiting time on
the line I could never reached a representative.

I am please asking for the section 8 to restore the rent payments
to the landlord because the landlord everyday claims the rent
money owed to him.

Thank you in advance for your help.

Sincerely,

Damian Batista
1915 Billingsley Terrace 57
Bronx, NY 10453