...ALTY LLC
243, Brooklyn, NY 11204

...AKE CHECK
PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

Amount Due: $6,225.96

| NAME |
| --- |
| BATISTA, DAMIAN |
| BATISTA, SANDRA |
| 1915 BILLINGSLEY TERRACE 57 |
| BRONX, NY 10453 |

DATE
03/26/24

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
| --- | --- |
| Rent Arrears | 4,075.84 |
| Security Arrears | 98.84 |
| Rent Charge - Apr | 2,051.28 |

| DATE DUE | AMOUNT DUE |
| --- | --- |
| 04/01/24 | $6,225.96 |

PLEASE TO THE LANDLORD TO CALL SECTION 8 AND CLAIM THAT THEY PAY THE PORTION OF THE RENT THAT SECTION 8 HAS BEYOND, BECAUSE I AM PAYING THE PORTION OF THE RENT THAT I AM RESPONSIBLE TO PAY EVERY MONTH.

I CALLED SECTION 8 AND THEY TOLD ME THAT IT IS UP TO THE LANDLORD TO CALL AND CLAIM THE PAYMENT OF THE RENT THAT SECTION 8 HAS BEYOND WITH THE LANDLORD.



U.S. Postal Service ™
CERTIFIED MAIL™ RECEIPT
Domestic Mail Only; No Insurance Coverage Provided

OFFICIAL USE

Postage    $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees    $

Sent To
1915 REALTY LLC
Street, Apt. No., or PO Box No.
P.O. BOX 40319
City, State, ZIP+4
BROOKLYN N.Y. 11204

Postmark Here

04/23/2024

Total

Grand Total:    $5.08

Cash    $5.08

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

USPS IS NOW HIRING, APPLY at
WWW.USPS.COM/CAREERS

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 350914-0128
Receipt #: 840-51000070-4-8427458-14
Clerk: 87

DAMIAN BATISTA
1915 BILLINGSLEY TERRACE 57
BRONX, N.Y. 10453.

1915 REALTY LLC
P.O. BOX 40319
BROOKLYN, N.Y. 11204