Civil Court of the City of New York
County of Bronx: Housing Part

Index No. **LT-310915-25/BX**

1915 Realty LLC
　　　　　Petitioner(s)

Dated:

-against-

Batista Damian; Batista Sandra; (NYSID) "John" "Doe"; "Jane" "Doe"

　　　　　Respondent(s)

04/09/2025

**ANSWER IN PERSON**

**Name:** **Batista Damian (NYSDL)**
**Property Address:**
1915 Bilingsly Terrace
Apt. 57
Bronx, NY 10453

_**X**_ Respondent / ___ Person claiming possession has appeared and orally answered the Petition as follows:

**SERVICE**

1 _____ I did not receive the Notice of Petition and Petition.

2 _____ I received the Notice of Petition and Petition, but service was not correct as required by law.

**PARTIES**

3 _____ __ My name appears improperly __ or by the wrong name __ or does not appear on the Notice of Petition/Petition; __ the tenant is dead.

4 _____ The Petitioner is not the Landlord, owner of the building or otherwise a proper party.

**RENT**

5 _____ The Petitioner never asked me or properly asked me for the rent, orally or in writing, before starting this case.

6 _____ I or someone on my behalf tried to pay the rent, but the Petitioner refused to accept it.

7 _____ The monthly rent asked for is not the legal rent or amount on the current lease.

8 _____ ___ The Petitioner owes money to me because of a rent overcharge. ___ I paid for repairs or services.

9 x_____ The rent, or a part of the rent, has already been paid to the Petitioner.

**APARTMENT/HOUSE**

10 x_____ There are or were conditions in the apartment and/or the building/house which the Petitioner did not repair and/or services which the Petitioner did not provide.

11 _____ ___ The petition does not properly describe the apartment/house: wrong apt/house number; ___ wrong or missing program(s) and/or laws covering my tenancy.

12 _____ The apartment/house is illegal.

**OTHER**

13 _____ The Petitioner has harmed me by waiting too long to bring this case (latches).

14 _____ General denial.

15 _____ **New York City Only** - The Petitioner has harassed me

16 _____ I serve in the military or depend on someone in the military.

17 _x____ _x__ The petition seeks the HUD or Housing Authority Section 8 Part of the rent. ___ The petitioner did not notify HUD or the Housing Authority about this case.
___ Other:

18 _____ **COUNTERCLAIM**: I seek a judgment and/or order based upon the above defense(s).

19 _____ Other counterclaim(s):

**Court Date: Date: 04/22/2025   Part: Intake Part 2   Room: to be determined   Time: 11:30 AM**
**You must attend this appearance virtually.**
Virtually attend by: Microsoft Teams meeting
Link: https://notify.nycourts.gov/meet/0v2k1r
Conference Call #: (347) 378-4143
Toll-free #: (833) 262-7886
Conference ID: 403 372 035#
For instructions, go to https://nycourts.gov/appear

The clerk **CANNOT** change your court date. You MUST come and bring this form and all of your proof (receipts, photographs, etc.,) with you. Be at the court house **AT LEAST 30 Minutes Prior** to your scheduled appearance time, to allow time to go through the metal detectors. **IF YOU ARE LATE OR DO NOT APPEAR YOU MAY LOSE YOUR CASE AND GET EVICTED**. If you are unable to settle your case, you may have an immediate trial. If you will not be ready for trial, you **MUST** ask the Judge for a new date. The Judge will then decide if you have shown a good reason to postpone the case.

*For assistance visit a Help Center in the courthouse or the Court's website: http://nycourthelp.gov*

Edelman Schwartz PLLC
848 McDonald Ave
2nd Floor
Brooklyn, NY 11218

CIV-LT-91 (Revised Oct,2014)