Firefox    https://outlook.office365.com/mail/id/AAQkADgxNmQ5ZmU5LTEz...

 **Outlook**

---

### Re: LT-310915-25/BX, 1915 Realty LLC v. Damian Batista, Sandra Batista

---

**From** Jackie C. Spencer <jspencer@lsnyc.org>

**Date** Fri 12/12/2025 12:11 PM

**To** Zev Schwartz <zev@e-slaw.com>

**Cc** Law Office Edelman Schwartz PLLC <office@e-slaw.com>

📎 3 attachments (4 MB)
LT_310915_25_BX_1915_REALTY_LLC_v_BATISTA_DAMIAN_et_al_EXHIBIT_S__12.pdf;
LT_310915_25_BX_1915_REALTY_LLC_v_BATISTA_DAMIAN_et_al_EXHIBIT_S__15.pdf;
LT_310915_25_BX_1915_REALTY_LLC_v_BATISTA_DAMIAN_et_al_EXHIBIT_S__16.pdf;


Please see attached.

Jackie Spencer
Staff Attorney, Housing Unit
Bronx Legal Services
369 E. 148th Street, 2nd Floor
Bronx, NY 10455
Tel: 718-928-3740
Email: jspencer@lsnyc.org

---

**From:** Zev Schwartz <zev@e-slaw.com>
**Sent:** Friday, December 12, 2025 11:02 AM
**To:** Jackie C. Spencer <jspencer@lsnyc.org>
**Cc:** Law Office Edelman Schwartz PLLC <office@e-slaw.com>
**Subject:** Re: LT-310915-25/BX, 1915 Realty LLC v. Damian Batista, Sandra Batista


Do you have any NYCHA documents? Are they paying ? Please attach all the orders you are referencing including the DHCR order and the Building wide settlement.

Thank You i'll try to get a breakdown
---------- Forwarded message ---------
From: **Jackie C. Spencer** <jspencer@lsnyc.org>
Date: Fri, Dec 12, 2025 at 10:15 AM
Subject: Re: LT-310915-25/BX, 1915 Realty LLC v. Damian Batista, Sandra Batista
To: Zev Schwartz <zev@e-slaw.com>, nyscef@e-slaw.com <nyscef@e-slaw.com>, Law Office Edelman Schwartz PLLC <office@e-slaw.com>


Good morning,

I represent Damian Batista in LT-310915-25/BX, *1915 Realty LLC v. Damian Batista, Sandra*

*Batista*, and I am again writing to request that this case be discontinued or dismissed with prejudice prior to our next court date. Please see the attached stipulation.

The petition that started this proceeding alleges that Mr. Batista owed $9,132.76 in rent from May 2024 through March 2025. But this rent is not owed because:

1. Mr. Batista has made regular payments of his share of the rent. Mr. Batista receives a NYCHA Section 8 subsidy and is not and cannot be held responsible for the NYCHA Section 8 portion of the rent. Mr. Batista's tenant share and corresponding payments for the months sought in the petition are as follows:

| Month | Tenant Share | Payment | Date |
|---|---|---|---|
| May 2024 | $1038.00 | $1038.00 | May 3, 2024 |
| June 2024 | $1076.00 | $1076.00 | June 4, 2024 |
| July 2024 | $1076.00 | $1076.00 | July 1, 2024 |
| Aug 2024 | $892.00 | $892.00 | Aug 1, 2024 |
| Sept 2024 | $892.00 | $892.00 | Sept 6, 2024 |
| Oct 2024 | $892.00 | $892.00 | Oct 2, 2024 |
| Nov 2024 | $892.00 | $892.00 | Nov 1, 2024 |
| Dec 2024 | $892.00 | $892.00 | Dec 2, 2024 |
| Jan 2025 | $892.00 | $892.00 | Jan 2, 2025 |
| Feb 2025 | $892.00 | $892.00 | Feb 7, 2025 |
| Mar 2025 | $892.00 | $892.00 | Mar 1, 2025 |

*See* NYSCEF Doc. # 14.

2. Further, the $2,500.00 building-wide settlement, credited on Mr. Batista's Tenant Statement on 2/12/25, should be applied to Mr. Batista's portion of the rent, and not the NYCHA Section 8 portion.

The rent demand and tenant ledgers show additional accounting issues:

3. A rent reduction order was issued for December 11, 2023 to January 4, 2024. Rent was set at $1. Mr. Batista paid his full tenant share ($1,038.00) for December 2023, though he occupied the apartment for only 10 days and should be responsible for only $334.84. ($1,038.00/31 x 10). Mr. Batista paid $1,022.89 for January 2024 (the payment was made in March 2024), though he occupied the apartment for only 28 days and should be responsible for only $937.55 ($1,038.00/31 x 28).

*See* NYSCEF Doc. # 15.

4. In addition, a DHCR order issued 10/24/24 under Docket Number MN 610078 S determined that "[t]he legal regulated rent is reduced to the level in effect prior to the most recent guidelines adjustment for the tenant's lease which commenced before the effective date of this order." Therefore, the total legal rent should be frozen at $2,051.28 for all of the months included in the petition, as well as all of the months to date. An order denying the owner's application to restore rent was issued on 9/12/25 under docket number MW 610041 OR, meaning the rent reduction is still in place.

3/10/26, 5:11 PM

*See* NYSCEF Doc. # 16.

I have drafted the attached stipulation for your review and signature.

Thank you,


Jackie Spencer
Staff Attorney, Housing Unit
Bronx Legal Services
369 E. 148th Street, 2nd Floor
Bronx, NY 10455
Tel: 718-928-3740
Email: jspencer@lsnyc.org

## LEGAL SERVICES NYC | Demand Justice.

*This e-mail is sent by a law firm and contains information that may be privileged and confidential and may also be covered by the Health Insurance Portability and Accountability Act (HIPAA). If you are not the intended recipient, do not disseminate; please delete the e-mail and notify us immediately.*

*Please consider the environment before printing this email message.*


**Disclaimer**
The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

3/10/26, 5:11 PM