Civil Court of the City of New York
County of Bronx

Arnow & Grace LLC

                           Petitioner(s)

       -against-

Lashawn Lucas

                       Respondent(s)

Index # **LT-323335-22/BX**

**Decision / Order**

Recitation, as required by CPLR 2219(a), of the papers considered in review :

Upon the foregoing papers filed in this proceeding, the Decision/ Order oof the Court is as follows:

AFTER CONFERENCE, MATTER IS DISMISSED WITHOUT PREJUDICE. THE FILE AND RECORDS REFLECT ALL MONIES SOUGHT IN THIS PROCEEDING ARE THE NYCHA SECTION 8 PORTION OF THE RENT. THE PETITION ALLEGES THAT THE MONTHLY RENT FOR THE PREMISES IS $2,172.00 PER MONTH, WHICH IS THE SECTION 8 PORTION, AND NOT THE LEGAL RENT OF $2,200.00.

Date: January 25, 2023

_____
Hon. Arlene H. Hahn
Housing Court Judge

**ENTERED**
January 25, 2023
Bronx
Housing Court

1 of 1