Case 1:26-cv-02557     Document 1-31     Filed 03/27/26     Page 1 of 2

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF BRONX: HOUSING PART F
------------------------------------------------------------x
BOSTON CORNER CROTONA LLC,

                Petitioner-Landlord,

      - against -

ANTONIO MIJARES

             Respondent-Tenant.
------------------------------------------------------------x

L&T Index No. 308026-23

**STIPULATION OF
DISCONTINUANCE**



APPROVED
OSHAHID , 6/29/2023, 1:55:31 PM

So-ordered by Omer Shahid, J.H.C.

Parties through undersigned counsel stipulate and agree as follows:

1) Respondent's is a NYCHA Section 8 recipient, and per NYCHA's Section 8 subpoena records (received on 5/24/23), Respondent's NYCHA Section 8 subsidy was terminated on May 9, 2022 – effective June 1, 2022 --, for non-compliance with HQS. See Letter, Exhibit A.

2) As a result, Petitioner received $1,218.18 -- on April 27, 2022 --, and then payments resumed on August 27, 2022 -- for $1,218.18. See Breakdown Exhibit B.

3) The balance left over, on Petitioner's breakdown, at the end of August 31, 2022, ($3,540.40), which represents the Section 8 monies not paid after April 27, 2022 through the resumption of payments on August 27, 2022, is not chargeable to Respondent.

4) After removal of the $25 late fee (7/11/2022); Legal Fee Charge of $125 (1/12/2023); Legal Fee Charge $350 (2/3/2023); $150 Legal Fee Charge (3/28/2023); $150 Legal Fee (4/26/23), Respondent is left over with a credit of $220.21 through May 31, 2023.

5) As such, this matter is discontinued with prejudice as to Antonio Mijares. But without prejudice as to any claims Petitioner may have against NYCHA section 8.

6) Facsimile and electronic signatures shall be deemed original.

1

Case 1:26-cv-02557    Document 1-31    Filed 03/27/26    Page 2 of 2

Edelman, Schwartz PLLC
By: Zev Schwartz
200 Schermerhorn Street
Brooklyn, NY 11201
(718) 305-4131
Attorney For Petitioner

Alberto M. Gonzalez, Esq. of counsel to
Tiffany Liston , Esq.
Mobilization For Justice, Inc.
100 Williams Street, 6th Floor
New York, NY 10038
(212) 417-3886
Attorney For Respondent

Dated: 6-27-23

Dated: 6-27-23

2