
**Buildings**

## THE CITY OF NEW YORK
## DEPARTMENT OF BUILDINGS
# PEREMPTORY VACATE ORDER

**ORDER No.:** X320/2023

**DATE:** DECEMBER 11 2023

☐ **PARTIAL**    ☒ **FULL**

**TO THE OWNER(S), LESSEE(S), TENANT(S) AND OCCUPANT(S) OF PREMISES OR STRUCTURE OF:**

**HOUSE No.:** 1915       **STREET NAME:** BILLINGSLEY TERRACE

**BLOCK:** 2879    **LOT:** 184    **BOROUGH:** BRONX

**Community Board District:** 205       No. of dwelling units vacated: 47

**THE COMMISSIONER HAS DETERMINED THAT CONDITION(S)/VIOLATION(S) TO OR WITHIN THESE PREMISES ARE IMMINENTLY PERILOUS TO LIFE, PUBLIC SAFETY AND THE SAFETY OF OCCUPANTS OR DANGER TO PROPERTY.
YOU ARE HEREBY ORDERED TO IMMEDIATELY CORRECT ALL VIOLATIONS GIVING RISE TO THIS VACATE ORDER AND CERTIFY CORRECTION AS REQUIRED.**

Pursuant to sections **28-207.4** and **28-201.1** of the Administrative Code of the City of New York, it is hereby ordered that all persons occupying any portion or portions of the structure as identified below to **VACATE** such part(s) of the premised forthwith:

### Area(s) to Be Vacated:

ENTIRE STRUCTURE

### CONDITION(S) AND/OR VIOLATION(S) GIVING RISE TO THIS VACATE ORDER

6 story building in state of disrepair with partial collapse at the corners of West Burnside Ave and Phelan Place from the 6th floor to the ground floor. The structure is currently open to the elements and structurally compromised with potential of further collapse. These potentially hazardous conditions have therefore rendered the ENTIRE structure unsafe to enter and/or occupy.

It is further ORDERED that the aforesaid premises/building or part thereof remain vacant and unoccupied until such time as the condition(s) giving rise to this vacate order have been corrected and the vacate order is rescinded by the Commissioner.

Pursuant to section 28-201.1 - It shall be unlawful to fail to comply with an order of the commissioner or to violate any order of the commissioner or to violate any order of the commissioner issued pursuant to this code, the 1968 building code, the zoning resolution or any law or rule enforced by the department.

Pursuant to sections 28-202.1 and 28-203.1 violation of laws or rules enforced by the department may be punishable by civil and criminal penalties.

In accordance with sections 28-207.2.1 and 28-207.4.2, and the provisions of the aforesaid sections of the Administrative Code of the City of New York, the Police Department of the City of New York may render every aid and assistance in the enforcement of this order.

**New York City Department of Buildings**

Borough Commissioner       DEC 1 2 2023
                            Date

Administrative Chief Construction Inspector/ Date       DEC 1 2 2023

**Issuing Unit: ERT - Night**

Occupancy Type: ☐ 1-2 Family ☐ MD ☐ Comm./Manuf. ☒ Mixed Use ☐ Vacant Lot/Community Garden/Park

> **NOTICE**
> This vacate order may cause a debt and lien to be filed against the property pursuant to Sections 27-2144, 26-305, and/or 28-215.1 of the Administrative Code of the City of New York.

build safe | live safe       For Information Call 311       B Form 150-C (6/2017)