

| | Docket Number: |
|---|---|
| **New York State Division of Housing and Community Renewal**<br>Gertz Plaza 92-31 Union Hall St.<br>Jamaica, NY 11433<br>Web Site www.hcr.ny.gov | **MN610047S** |

## Order Determining Maximum Rent/Legal Regulated Rent
## (Fire Damage or Health/Safety Condemnation)
## For a Specific Time Period

| Mailing Address Of Tenant: | Mailing Address Of Owner/Agent: |
|---|---|
| Name: **Damian Batista**<br>Number/Street: **1915 Billingsley Terrace** Apt. #: **57**<br>City, **Bronx,**<br>State, Zip Code:**NEW YORK  10453** | Name: **1915 Realty LLC.**<br>Number/Street: **P.O. Box 243**<br>City, **Brooklyn,**<br>State, Zip Code: **NEW YORK 11204** |

| Building | (If Different From Tenant's Mailing Address) | | |
|---|---|---|---|
| (Number and Street) | | (Apt. No.) | (Municipality) |

After consideration of all the evidence in the record and upon the grounds stated in Section 2202.22 of the City Rent Control Regulations or Section 2522.6 of the Rent Stabilization Code, the Rent Administrator:

(Only the section filled below applies)

1. Establishes pursuant to Section 2202.22(c) that the rent on _____ was $1.00 per month, which amount is the maximum rent for the housing accommodation as of _____ the date of the fire which caused the tenant to vacate involuntarily.
2. Establishes pursuant to Section 2522.6 that the rent on _____, was $1.00 per month, which amount is the legal regulated rent for the housing accommodation as of _____, the date of the fire which caused the tenant to vacate involuntarily.
3. Establishes that the rent on _____, was $1.00 per month, for the housing accommodation as of _____, pursuant to Section 2202.22 and Section 2202.17 of the Regulations based upon a Vacate Order issued by the New York City Department of Housing Preservation and Development , effective _____.
4. Establishes the Legal Regulated Rent of $1.00 per month as of **December 11, 2023**, pursuant to Section 2522.6 of the Rent Stabilization Code based upon a Vacate Order issued by the New York City Department of Buildings, effective **December 11, 2023**

    This Order entitles the tenant upon the payment of $ 1.00 per month to be restored to occupancy of the subject apartment. This payment is to be made to the owner of the subject building it should **NOT** be made to the Division of Housing and Community Renewal.

Comments:
The tenant filed an application on February 5, 2024, citing several conditions in need of repair and stated that apartment #57 was vacated on December 11, 2023, due to a partial vacate order issued on the same day by the New York City Department of Buildings (DOB). However, this proceeding is addressing emergency condition of "Partial Vacate Order issued for apartment #57 by the New York City Department of Buildings",  only and other conditions cited in the tenant's application were addressed under docket #MN610078S.

The tenant's application was served to the owner on March 4, 2024.

A review of the records of the New York City Department of Buildings (DOB) revealed that vacate order issued for apartment #57 was rescinded on January 2, 2024. It is also noted that no vacate order was posted by the New York City Department of Housing Preservation and Development.

An inspection was conducted at the subject premises on May 01, 2024. The Inspector found the subject apartment habitable, gas/hot/cold water services were provided, and there was no evidence of structural damage to the subject apartment. The tenant informed the inspector at the time of inspection that she vacated the apartment on December 11, 2023, and resumed occupancy on March 3, 2024.

(See Reverse Side)

RO 36-BR

On October 8, 2024, this Agency sent notices to the tenant and owner to submit the date of return and a copy of the owner's notification to the tenant of the availability of restored apartment.

Owner's response dated October 15, 2024, stated that vacate order was rescinded on January 2, 2024, and enclosed a copy of the print out from New York City Department of Buildings indicating that vacate order for apartment #57 was rescinded on January 2, 2024. However, the owner did not submit the date of return or a copy of the notification letter to tenant indicating that apartment #57 is ready to re-occupy.

Tenant's response received on October 23, 2024, stated that the tenant was informed by a text message to pick up the keys to apartment #57 and enclosed a copy of text message from owner dated January 3, 2024, stating that keys to apartment #57 can be picked up the next day. Tenant also mentioned that they returned to the subject apartment on February 1, 2024.

Tenant's response was served on the owner on November 25, 2024.

Owner's response dated December 6, 2024, acknowledged that the tenant moved back into the apartment on February 1, 2024, and did not dispute the tenant's response received on October 23, 2024.

Based on the foregoing, a reduction of rent to $1.00 per month is warranted effective December 11, 2023, based upon a Vacate Order issued by the New York City Department of Buildings.

Simultaneously, it is ordered that the legal regulated rent be and it hereby is restored to the level prior to the date of the partial Vacate Order on December 11, 2023, plus any lawful increases, effective January 4, 2024, the date the keys to apartment #57 was ready to be picked up as stated in the owner's text message.

**Therefore, the rent is simultaneously restored effective:** <u>January 4, 2024</u>.

*Note: As the subject apartment was not voluntarily vacated, any individual apartment improvements made while the tenant was not in occupancy will not warrant a rent increase to the Legal Regulated Rent unless the tenant agrees to such an increase in writing and the improvements otherwise qualify for a rent increase. In addition, changes to the configuration or dimensions of the apartment may be subject to a rent reduction if the facts so warrant.*

If you believe this order is based on an error in law and/or fact, you may file a Petition for Administrative Review (PAR), form RAR-2, no later than 35 days after the issuance date of the order. PARs filed after the time limit specified above will be considered late and will be dismissed. Requests for an extension of time to file a PAR cannot be considered. Call (833) 499-0343 or visit your local Rent Office and request form RAR-2. This form is also available on our website at: hcr.ny.gov.

<u>February 26, 2025</u>
Issue Date

Rent Administrator

| | | |
|---|---|---|
| Additional Parties: | Bronx Legal Services<br>369 East 148th Street<br>2nd Floor<br>Bronx, NY 10455<br>(Tenant's Rep.) | 1915 Realty LLC.<br>1417 Avenue J<br>Brooklyn, NY 11230<br>(Owner) |

1915 Realty LLC.
Management
David Kleiner
P.O. Box 319
Brooklyn, NY 11204
(Owner's Representative)

RO 36-BR

2