

RENTAL PROP

## Transactions

Please allow 1-2 days for your recent payments

Make a payment

Feb 03, 2026

**$707.00** •

T029582

JPMORGAN CHASE BANK **** 6554

Unit: 1915 BILLINGSLEY TERRACE, #57

Jan 02, 2026

**$707.00** •

T029100

JPMORGAN CHASE BANK **** 6554

Unit: 1915 BILLINGSLEY TERRACE, #57



≡   RENTAL PROP

# Transactions

Please allow 1-2 days for your recent payments

[ Make a payment ]

**$707.00** ●                                              Dec 01, 2025

JPMORGAN CHASE BANK **** 655...                    T028609

Unit: 1915 BILLINGSLEY TERRACE, #57

**$707.00** ●                                              Nov 01, 2025

JPMORGAN CHASE BANK **** 655...                    T028173

Unit: 1915 BILLINGSLEY TERRACE, #57

**$707.00** ●                                              Oct 03, 2025

JPMORGAN CHASE BANK **** 655...                    T027753

Unit: 1915 BILLINGSLEY TERRACE, #57

✳ **$707.00** ● *SEPTEMBER*                           Aug 31, 2025

JPMORGAN CHASE BANK **** 655...                    T027154

Unit: 1915 BILLINGSLEY TERRACE, #57

**$58.10** ●                                              Aug 08, 2025

JPMORGAN CHASE BANK **** 655...                    T026873

Unit: 1915 BILLINGSLEY TERRACE, #57

# Transactions

Please allow 1-2 days for your recent payments



**RENTAL PROP**

a payment

---

**$707.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Aug 31, 2025

T027154

---

**$58.10** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Aug 08, 2025

T026873

---

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Aug 01, 2025

T026700

---

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Jul 01, 2025

T026126

---

**$58.10** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Jul 01, 2025

T026127

---

**$58.10** •

Jun 09, 2025

JPMORGAN CHASE BANK **** 655...

T025824

Unit: 1915 BILLINGSLEY TERRACE, #57

**$892.00** •

May 31, 2025

JPMORGAN CHASE BANK **** 655...

T025577

Unit: 1915 BILLINGSLEY TERRACE, #57

**$58.10** •

May 31, 2025

JPMORGAN CHASE BANK **** 655...

T025578

Unit: 1915 BILLINGSLEY TERRACE, #57

**$892.00** •

May 01, 2025

JPMORGAN CHASE BANK **** 655...

T025028

Unit: 1915 BILLINGSLEY TERRACE, #57

**$892.00** •

Apr 01, 2025

JPMORGAN CHASE BANK **** 655...

T024534

Unit: 1915 BILLINGSLEY TERRACE, #57

**$892.00** •

Mar 01, 2025

JPMORGAN CHASE BANK **** 655...

T024012

Unit: 1915 BILLINGSLEY TERRACE, #57

**$892.00** •

Feb 07, 2025

JPMORGAN CHASE BANK **** 655...

T023706

Unit: 1915 BILLINGSLEY TERRACE, #57

**$892.00** •

Jan 02, 2025

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T022996

**$892.00** •

Dec 02, 2024

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T022442

**$892.00** •

Nov 01, 2024

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T021906

**$892.00** •

Oct 02, 2024

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T021483

**$892.00** •

Sep 06, 2024

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T021069

**$892.00** •

Aug 01, 2024

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T020414

**$1,076.00** •

Jul 01, 2024

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T019964

**$1,076.00** •

Jun 04, 2024

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T019583

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

May 03, 2024

T019097

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Apr 05, 2024

T018706

**$1,022.89** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Mar 15, 2024

T018392

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Mar 04, 2024

T018154

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Feb 08, 2024

T017656

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Dec 04, 2023

T016508

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Nov 03, 2023

T016043

**$1,038.00** ●

Oct 01, 2023

JPMORGAN CHASE BANK **** 655...    T015490

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •    Aug 31, 2023

JPMORGAN CHASE BANK **** 655...    T015028

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •    Aug 02, 2023

JPMORGAN CHASE BANK **** 655...    T014634

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •    Jul 07, 2023

JPMORGAN CHASE BANK **** 655...    T014296

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •    Jun 03, 2023

JPMORGAN CHASE BANK **** 655...    T013807

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •    May 05, 2023

JPMORGAN CHASE BANK **** 655...    T013380

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •    Apr 01, 2023

JPMORGAN CHASE BANK **** 655...    T012877

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •    Mar 04, 2023

JPMORGAN CHASE BANK **** 655...    T012494

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** ●

Feb 06, 2023

JPMORGAN CHASE BANK **** 655...

T012122

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** ●

Jan 06, 2023

JPMORGAN CHASE BANK **** 655...

T011682

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** ●

Dec 05, 2022

JPMORGAN CHASE BANK **** 655...

T011236

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** ●

Nov 08, 2022

JPMORGAN CHASE BANK **** 655...

T010902

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** ●

Oct 03, 2022

JPMORGAN CHASE BANK **** 655...

T010403

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** ●

Sep 05, 2022

JPMORGAN CHASE BANK **** 655...

T010053

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** ●

Jul 31, 2022

JPMORGAN CHASE BANK **** 655...

T009564

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** ●

Jul 05, 2022

JPMORGAN CHASE BANK **** 655...    T009298

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Jun 06, 2022

JPMORGAN CHASE BANK **** 655...    T008955

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    May 04, 2022

JPMORGAN CHASE BANK **** 655...    T008572

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Mar 29, 2022

JPMORGAN CHASE BANK **** 655...    T008051

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Mar 06, 2022

JPMORGAN CHASE BANK **** 655...    T007840

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Feb 08, 2022

JPMORGAN CHASE BANK **** 655...    T007531

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Jan 05, 2022

JPMORGAN CHASE BANK **** 655...    T007143

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Dec 05, 2021

JPMORGAN CHASE BANK **** 655...    T006787

Unit: 1915 BILLINGSLEY TERRACE, #57

© Rental Prop
Powered by: ManageGo