02.05.2024
To whom it may concern,
1915 Realty LLC

My name is Damian Batista and I live in 1915 Billingsley
Terrace apt.#57, Bronx, NY 10453.

I am writing to you to inform you that two weeks ago I called
Section 8 to ask if Section 8 its paying their portion of the rent
to the landlord.However I was informed that the landlord needs
to call Section 8 to let them know that's everything its good so
they can reestablish the rent payments and it doesn't get backed
up .

Sincerely,
Damian Batista