Case 1:26-cv-02557-JSR    Document 3-24    Filed 03/30/26    Page 1 of 1

# CIVIL COURT OF THE CITY OF NEW YORK

County of Bronx

Date 12/23/25    Part C (in I)

1915 Realty LLC

Petitioner(s),

against

Damian Batista,
Sandra Batista,
John Doe, Jane Doe

Respondent(s)

Index No. L&T: 310915-25/BX

Page ___1___ of ___1___

Hon. Baum

**Adjournment**

## STIPULATION OF SETTLEMENT

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

| Party (please print) | | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|---|
| Petitioner | By counsel | | X | | |
| Respondent 1 | By counsel | | X | | |
| Respondent 2 | | | | | |
| Respondent 3 | | | | | |

Motion is adjourned to for Petitioner to file 2/23/26 opposition on Petitioner's request. (Final opportunity for opposition.)

Petitioner's opposition by 1/26

Respondents reply, if any, by 2/6

Jaclyn Spencer
Bronx Legal Services

CIV-LT-30 page 1(Revised 4/07)

1 of 1