Case 1:26-cv-02557-JSR    Document 3-29    Filed 03/30/26    Page 1 of 6

CIVIL COURT OF CITY OF NEW YORK
COUNTY OF BRONX  HOUSING PART

Index No. L/T

EAST 187 REALTY LLC

*Petitioner (Landlord),*

against

YERLIN MARTINEZ

*Respondent (Tenant)*

**PETITION**

**NON-PAYMENT DWELLING**

Address:

315 EAST 187TH STREET
APT. 1H-7
BRONX , NY 10458

JOHN DOE
JANE DOE

*Respondents (Undertenants)*
Address:

315 EAST 187TH STREET
APT. 1H-7
BRONX , NY 10458

*First Name of Tenant and/or Undertenant being fictitious and unknown to petitioner.*
*Person intended being in possession of the premises herein described.*

THE PETITION OF EAST 187 REALTY LLC,  alleges, upon information and belief:

1. Petitioner(s) is(are) the landlord(s) and owner of the premises.

2. Respondent(s) YERLIN MARTINEZ,  is(are) tenant(s) in possession of said premises pursuant to a(n) WRITTEN lease agreement  wherein respondents promised to pay to landlord or landlord(s) predecessor as rent $2,378.83 each month in advance on the 1ST day of each month. Respondent(s) JOHN DOE, JANE DOE is(are) the undertenant(s) of the aforesaid respondent(s) tenant(s).

3. Respondent(s) are now in possession of said premises.

4. The premises are the residence of the tenant(s) and the undertenant(s) herein.

5. The premises for which removal is sought was rented for dwelling purposes and are described as follows: All Rooms, Apt. 1H-7 in the building known as  315 East 187th Street Bronx, NY 10458, situated within the territorial jurisdiction of the Civil Court Of The City Of New York, County of BRONX.

6. Pursuant to said agreement there was due from respondent tenant(s), the sum of  $9,532.67 in rent and additional rent as follows:
**Jul 24 $2,378.83**
**Jun 24 $2,378.83**
**May 24 $2,378.83**
**Apr 24 $2,378.83**
**Mar 24    $17.35**

**7. The dwelling is subject to the Rent Stabilization Law of 1969, as amended, and the premises are registered with the New York State Division of Housing and Community Renewal, ("DHCR. ") and the owner is in compliance with the Rent Stabilization Law and Code. The rent demanded herein does not exceed the lawful stabilized rent permitted the owner under any applicable Law, Code or any appropriate Rent Guidelines Board Order as registered with the DHCR.**

8. Said rent has been demanded from the tenants since same became due by a fourteen day written notice, a copy of which, with proof of service is annexed hereto.

DKCK -315 -1H-7          FILE NO:   26917

10. Respondent(s) have defaulted in the payment thereof and continue in possession of premises without permission after said default.

11. The premises are a multiple dwelling and pursuant to the Housing Maintenance Code Article 41 there is a currently effective registration statement on file with the Office of Code Enforcement which designates the managing agent named below, a natural person over 21 years of age, to be in control of and responsible for the maintenance and operation of the dwelling.

**Agent:**   SAM SCHEINER
1417 AVENUE, BROOKLYN, NY 11230

**Multiple Dwelling No. 205016**

WHEREFORE Petitioner requests a final judgment against respondents(s) for the rent demanded therein, awarding possession of the premises to the petitioner landlord, and directing the issuance of a warrant to remove respondent(s) from possession of the premises together with the costs and disbursements of this proceeding.

EAST 187 REALTY LLC,                                   Dated August 7, 2024

STATE OF NEW YORK, COUNTY OF KINGS

The Undersigned affirms under penalty of perjury that he is one of the attorneys for the petitioner, that he has read the foregoing petition and knows the contents thereof: that the same are true to his own knowledge except as to matters stated to be upon information and belief: and as to those matters he believes them to be true.

The grounds of his belief as to matters not stated upon his knowledge are statements and/or records provided by the petitioner, its agents and/or employees and contained in the file in the Attorney's office. Petitioner is not in the County in which Attorney's office is located. This verification is made

This verification is made pursuant to the provisions of RPAPL 741.

August 7, 2024

_____
Zev Schwartz, Esq

Edelman Schwartz PLLC
Attorneys for Petitioner-Landlord
848 McDonald Ave, 2nd Floor
Brooklyn, NY 11218
(212) 710-0264

DKCK -315 -1H-7        FILE NO:   26917

Case 1:26-cv-02557-JSR    Document 3-29    Filed 03/30/26    Page 3 of 6

## FOURTEEN (14) DAY NOTICE TO TENANT

TO: YERLIN MARTINEZ
    315 EAST 187TH STREET
    APT. 1H-7
    BRONX, NY 10458

DKCK 315 1H-7

**FILE NO: 26917**

June 25, 2024

**Tenant of the above named premises:**

    **TAKE NOTICE** that you are justly indebted to the Landlord of the above described premises in the sum of $8,710.04 for rent of the premises from March 1, 2024 to June 30, 2024 which you are required to pay on or before 07/15/2024, a date following expiration of fourteen (14) days from the service of this Notice or surrender up the possession of said premises to the Landlord, in default of which the Landlord will commence summary proceedings under the Statute to recover the possession thereof.

    More specifically, this notice is based upon your failure to make timely rental payments to your landlord as follows:

```
JUN24 $2,378.83
MAY24 $2,378.83
APR24 $2,378.83
MAR24 $1,573.55
```

Total balance due:   $8,710.04

EAST 187 REALTY LLC , Landlord

    Under the provisions of the Fair Debt Collection Practices Act (FDCPA) the Edelman Schwartz PLLC may be considered Debt Collectors in the attempt to collect rent. Therefore, any information obtained by us from you or about you may be used for that purpose.

    This demand for payment does not eliminate your right to dispute the debt within thirty (30) days of receipt of this notice.

    Unless you dispute the validity of the debt or any portion thereof within thirty (30) days following receipt of this notice, this office will assume that the debt sought to be collected is valid.

    If you notify this office, in writing, within thirty (30) days of receipt of this notice, that the debt or any portion thereof is disputed, this office will obtain verification of the debt and or a copy of the judgment against you and a copy of such verification or judgment will be mailed to you by this office. Additionally, upon your written request, within thirty (30) days of receipt of this notice, this office will supply you with the name and address of the original creditor if different from the current creditor.

    Please take notice that under New York State Law, your landlord is permitted following the expiration date of 07/15/2024, to commence summary proceedings under Article 7 of the Real property Actions and Proceedings Law. Thus, notwithstanding our indication that you have thirty days from receipt of this notice, to dispute the validity of the debt, if the money demanded herein is not paid by the above date, summary proceedings will be commence. If, however, this office receives a request for verification at any time during the thirty day period, this office will mail you verification of the debt.

    **FEDERAL LAW REQUIRES US TO ADVISE THAT THIS OFFICE IS ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Any inquiries regarding this notice should be addressed in writing to Edelman Schwartz PLLC, 848 McDonald Ave, Second Floor, Brooklyn, NY 11218.

STATE OF NEW YORK
COUNTY OF BRONX

**AFFIDAVIT OF SUBSTITUTE SERVICE**

**FOURTEEN (14) DAY NOTICE TO TENANT**

**EAST 187 REALTY LLC**
Petitioner

**L&T INDEX NUMBER -**

-against-

Lawfirm File #: YERLIN MARTINEZ
Client: Zev Schwartz

**YERLIN MARTINEZ**
**315 EAST 187TH STREET, APT. 1H-7**
**BRONX , NY 10458**
Respondent

BENJAMIN GUZI, BEING DULY SWORN DEPOSES AND SAYS AS FOLLOWS:

THAT I AM NOT A PARTY TO THE WITHIN ACTION; AM A LICENSED PROCESS SERVER OVER 18 YEARS OF AGE AND RESIDE IN KINGS COUNTY, NEW YORK.

DEPONENT SERVED: **YERLIN MARTINEZ** TENANTS(S) / OCCUPANT(S) BY SUBSTITUTE DELIVERY AT **315 EAST 187TH STREET, APT. 1H-7 BRONX , NY 10458**

ON **06/26/2024** AT **06:53 PM** DEPONENT SERVED THE ATTACHED **FOURTEEN (14) DAY NOTICE TO TENANT**

DEPONENT WAS ABLE TO FIND A PERSON OF SUITABLE AGE AND DISCRETION WHO RESIDES / WORKS AT SAID PROPERTY AND WAS WILLING TO RECEIVE THE SAME AT THIS TIME

DEPONENT DESCRIBES THE INDIVIDUAL AS FOLLOWS:
SEX: **FEMALE**          SKIN COLOR: **BROWN**          HAIR COLOR: **BLACK**
AGE: **35 - 49 yrs**          HEIGHT: **5'4" - 5'8"**          WEIGHT: **130 - 159 lbs**

NAME OF THE SAID INDIVIDUAL SERVED: **JANE DOE**

SERVICE ON THE RESPONDENTS WAS COMPLETED ON **06/27/2024** WHEN DEPONENT CAUSED TRUE COPIES OF THE WITHIN **FOURTEEN (14) DAY NOTICE TO TENANT** TO BE FORWARDED TO THE RESPONDENT AT THE PREMISES, BY CERTIFIED MAIL AND BY FIRST CLASS MAIL, BY GIVING THE SAME IN POSTPAID PROPERLY ADDRESSED ENVELOPES TO A POSTAL EMPLOYEE AT THE UNITED STATES POST OFFICE IN THE STATE OF NEW YORK, FOR PROCESSING UNDER THE EXCLUSIVE CARE AND CUSTODY OF THE UNITED STATES POSTAL SERVICE.

SWORN BEFORE ME ON: **06/27/2024**

X_____
Benjamin Guzi - Process Server License No: 2044088
**City Process Servers – Agency License No: 1470749**

NAOMI TAMAR ROSENBLATT
NOTARY PUBLIC State of New York
No.01RO6340662
Qualified in Nassau County
Commission Expires April 18, 2028

# NOTICE TO RESPONDENT TENANT

DURING THE CORONAVIRUS EMERGENCY, YOU MIGHT BE ENTITLED BY LAW TO SPECIAL DEFENSES AND PROTECTIONS RELATING TO EVICTIONS.

PLEASE CONTACT YOUR ATTORNEY IMMEDIATELY FOR MORE INFORMATION.

IF YOU DON'T HAVE AN ATTORNEY, PLEASE CALL

718-557-1379

OR VISIT

www.nycourts.gov/evictions/nyc/

INDEX NO. LT-328656-24/BX
NYSCEF DOC. NO. 1
RECEIVED NYSCEF: 08/11/2024

Case 1:26-cv-02557-JSR   Document 3-29   Filed 03/30/26   Page 6 of 6

## AVISO A INQUILINO DEMANDADO

DURANTE LA EMERGENCIA POR CORONA VIRUS, PUEDA QUE POR LEY USTED TENGA DERECHO A DEFENSAS Y PROTECCIONES ESPECIALES RELACIONADAS CON DESALOJOS.

POR FAVOR COMUNIQUESE CON SU ABOGADO INMEDIATAMENTE PARA OBTENER MAS INFORMACIÓN.

SI NO TIENE ABOGADO, LLAME AL

718-557-1379

O VISITE

www.nycourts.gov/evictions/nyc/