ATTORNEY(S) : Law Offices of Ahmad Keshavarz
INDEX # : 1:26-cv-02557-jsr
PURCHASED/FILED : April 10, 2026
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Southern Dist.

## AFFIRMATION OF SERVICE - SECRETARY OF STATE

Damian Batista and Sandra Batista

Plaintiff(s)

against

Edelman Schwartz PLLC, et al

Defendant(s)

---

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**     Approx. Age:  30 Yrs

Weight:  190 Lbs  Height:  6'0"  Gender:  Male  Race:  White

Hair color:  Brown  Other:

**Robert Guyette**                    , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **April 17, 2026**          , at  **2:55 PM**  , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**SUMMONS IN A CIVIL ACTION WITH COMPLAINT DEMAND FOR JURY TRIAL**

---

on

**Edelman Schwartz PLLC**

,

the Defendant in this action, by delivering to and leaving with          **Bryan Millner**

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of          $40          dollars; That said service was made pursuant to Section   **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm this _____**APRIL 17, 2026**_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____
ROBERT GUYETTE

**Invoice·Work Order #** 2615628
Attorney File # **Batista vs Edelman**