**DLS  DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMIAN BATISTA, et al.,
                Plaintiffs,
     -vs-

EDELMAN SCHWARTZ PLLC, et al.,
                Defendants.
------------------------------------------------------------X

Civil Action No. 1:26-cv-02557-JSR
**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   }
              S.S.
COUNTY OF NEW YORK}

       **NORBERTO MALDONADO**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

       That on the 21st day of April, 2026, at approximately the time of 10:45am, deponent served a true copy of the **AMENDED SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, NOTICE OF COURT CONFERENCE AND INDIVIDUAL RULES OF PRACTICE – HON. JED S. RAKOFF** upon **BINYOMIN HERZL** at 1745 46th Street, Brooklyn, NY 11204, by personally delivering and leaving the same with **GITTY HERZL,** who is a relative and a person of suitable age and discretion at that address, the actual place of residence.  At the time of service, deponent asked **GITTY HERZL** whether **BINYOMIN HERZL** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

       **GITTY HERZL** is a white female, approximately 75 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 200 pounds with white hair and brown eyes.

       That on the 21st day of April, 2026, deponent served another copy of the foregoing upon **BINYOMIN HERZL** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**BINYOMIN HERZL**
1745 46th Street
Brooklyn, NY 11204

**NORBERTO MALDONADO, #1246635**

Sworn to before me this
22nd day of April, 2026

NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
Commission Expires May 17, 2028

#316073

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com