

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAMIAN BATISTA, et al.,
              Plaintiffs,

    -vs-

EDELMAN SCHWARTZ PLLC, et al.,
              Defendants.
-----------------------------------------------------------X

Civil Action No. 1:26-cv-02557-JSR

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
             S.S.
COUNTY OF NEW YORK)

      **NORBERTO MALDONADO**, being duly sworn, deposes and says that he is over eighteen years of age, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 15th day of April, 2026, at approximately the time of 11:46am, deponent served a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL, NOTICE OF COURT CONFERENCE AND INDIVIDUAL RULES OF PRACTICE – HON. JED S. RAKOFF** upon **ZEV SCHWARTZ** at 848 McDonald Avenue, 2nd Floor, Brooklyn, NY 11230, by personally delivering and leaving the same with **RACHEL KLEIN**, who is a receptionist and is a person of suitable age and discretion at that address. At the time of service, deponent asked **RACHEL KLEIN** whether **ZEV SCHWARTZ** is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

      **RACHEL KLEIN** is a white female, approximately 35 years of age, stands approximately 5 feet 3 inches tall, weighs approximately 130 pounds with blonde hair and brown eyes.

      That on the 16th day of April, 2026, deponent served another copy of the foregoing upon **ZEV SCHWARTZ** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

**ZEV SCHWARTZ**
848 McDonald Avenue
2nd Floor
Brooklyn, NY 11230

**NORBERTO MALDONADO, #1246635**

Sworn to before me this
24th day of April, 2026

NOTARY PUBLIC

#315959

D.L.S., Inc.
401 Broadway
Ste. 808
New York, NY 10013
212-925-1220
www.dlsnational.com

HOWARD DANIEL GOLDMAN
Notary Public-State of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 01, 2028