**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
DAMIAN BATISTA,
SANDRA BATISTA,

|                                    | No: 1:26-CV-2557 |

                        Plaintiffs,

            -against-                                **NOTICE OF**
                                                     **APPEARANCE**

EDELMAN SCHWARTZ PLLC,
ZEV SCHWARTZ,
1915 REALTY LLC,
YONAH ROTH, and BINYOMIN HERZL,

                        Defendants.
------------------------------------------------------------------x

      **PLEASE TAKE NOTICE**, that Andrew H. Reynard, Esq., of GOLDBERG SEGALLA

LLP hereby enters an appearance as counsel on behalf of Defendants EDELMAN SCHWARTZ

PLLC and ZEV SCHWARTZ, in the above-entitled action and requests that all notices given or

copies of all papers served in this matter should be served upon the undersigned at the below

address.

Dated: New York, New York
     April 28, 2026

              **GOLDBERG SEGALLA LLP**

By: _____
      Andrew H. Reynard, Esq.
711 Third Ave, Suite 1900
New York, NY 10017
(646) 292-8796
areynard@goldbergsegalla.com
*Attorneys for Defendants EDELMAN*
*SCHWARTZ PLLC and ZEV SCHWARTZ*

1