**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
DAMIAN BATISTA,
SANDRA BATISTA,

No: 1:26-CV-2557

                    Plaintiffs,

          -against-                                    **NOTICE OF**
                                                       **APPEARANCE**

EDELMAN SCHWARTZ PLLC,
ZEV SCHWARTZ,
1915 REALTY LLC,
YONAH ROTH, and BINYOMIN HERZL,

                    Defendants.
----------------------------------------------------------------x

       **PLEASE TAKE NOTICE**, that Peter J. Biging, Esq., of GOLDBERG SEGALLA LLP

hereby enters an appearance as counsel on behalf of Defendants EDELMAN SCHWARTZ PLLC

and ZEV SCHWARTZ, in the above-entitled action and requests that all notices given or copies

of all papers served in this matter should be served upon the undersigned at the below address.

Dated: New York, New York
     April 28, 2026

                           **GOLDBERG SEGALLA LLP**

                           By: _____
                              Peter J. Biging, Esq.
                       711 Third Ave, Suite 1900
                       New York, NY 10017
                       (646) 292-8711
                       pbiging@goldbergsegalla.com
                       *Attorneys for Defendants EDELMAN*
                       *SCHWARTZ PLLC and ZEV SCHWARTZ*

1