**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
————————————————————————————X

DAMIAN BATISTA,
SANDRA BATISTA,

|  |  |  |
|---|---|---|
|  | *Plaintiffs*, | Case No. 1:26-CV-2557 |
| -against- | | **NOTICE OF APPEARANCE** |

EDELMAN SCHWARTZ PLLC,
ZEV SCHWARTZ,
1915 REALTY LLC,
YONAH ROTH, and
BINYOMIN HERZL,

*Defendants*.

————————————————————————————X

PLEASE TAKE NOTICE that Jaclyn Spencer, of BRONX LEGAL SERVICES, is appearing as co-counsel for Plaintiffs on this case and respectfully requests that all notices given or copies of all papers served in this matter be transmitted to her in this case. She is duly admitted to practice in this court.

Dated: May 8, 2026
  Bronx, New York

Respectfully submitted,

By: Jaclyn Spencer, Esq.
BRONX LEGAL SERVICES
369 East 148th Street, 2nd Floor
Bronx, New York 10455
(718) 928-3740
jspencer@lsnyc.org
*Attorneys for Plaintiffs*