AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| DAMIAN BATISTA, et ano | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   26 Civ. 2557 (JSR) |
| EDELMAN SCHWARTZ PLLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants 1915 Realty LLC, Yonah Roth and BINYOMIN HERZL                                    .

Date:      05/10/2026                                          /s/Eric W. Berry
                                                                   *Attorney's signature*

                                                   Eric W. Berry [EB8598] 2069524 (NY)
                                                          *Printed name and bar number*

                                                             Berry Law PLLC
                                                     745 Fifth Avenue, 5th Floor
                                                     New York, New York  10151

                                                                  *Address*

                                                       berrylawpllc@gmail.com
                                                              *E-mail address*

                                                            (212) 355-0777
                                                           *Telephone number*

                                                            (212) 750-1371
                                                              *FAX number*