**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------x
DAMIAN BATISTA,
SANDRA BATISTA,

        No: 1:26-CV-2557

        Plaintiffs,

    -against-          **RULE 7.1**
                        **STATEMENT**


EDELMAN SCHWARTZ PLLC,
ZEV SCHWARTZ,
1915 REALTY LLC,
YONAH ROTH, and BINYOMIN HERZL,

        Defendants.
-------------------------------------------------------------------x

    **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 7.1, Defendant EDELMAN SCHWARTZ PLLC, by and through its attorneys, Goldberg Segalla LLP, declares that:

    Edelman Schwartz PLLC does not have a parent corporation nor is there a publicly held corporation that owns 10% or more of its stock.

Dated: New York, New York
      May 21, 2026

              **GOLDBERG SEGALLA LLP**


              By: /s/ Peter J. Biging
                 Peter J. Biging, Esq.
                 Andrew H. Reynard, Esq.
              711 Third Ave, Suite 1900
              New York, NY 10017
              (646) 292-8711
              pbiging@goldbergsegalla.com
              areynard@goldbergsegalla.com
              *Attorneys for Defendants Edelman Schwartz*
              *PLLC and Zev Schwartz*