**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------- x
DAMIAN BATISTA, SANDRA BATISTA,

                            Plaintiffs,

             -against-

EDELMAN SCHWARTZ PLLC,
ZEV SCHWARTZ,
1915 REALTY LLC,
YONAH ROTH, and BINYOMIN HERZL,

                          Defendants.
--------------------------------------------------------------- x

No: 1:26-CV-2557

**<u>NOTICE OF MOTION</u>**

      **PLEASE TAKE NOTICE,** that upon the annexed attorney declaration of Peter J. Biging, Esq., the exhibits annexed thereto, and the accompanying memorandum of law in support, Defendants EDELMAN SCHWARTZ PLLC and ZEV SCHWARTZ ("Attorney Defendants") will move this Court at the United States District Court, Southern District of New York located at 500 Pearl Street, New York, New York, Courtroom 14B, on June 18, 2026 at 2:00 pm, or at some other date and time to be set by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(1):

      (i)     Dismissing Counts One through Four of Plaintiffs Damian Batista's and Sandra Batista's Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or 12(b)(1), and thus the Complaint as against the Attorney Defendants in its entirety; and

      (ii)    Granting such other and further relief as this Court deems just and proper.

      **TAKE FURTHER NOTICE,** that pursuant to Local Rule 6.1(b), opposing or response papers, if any, must be served upon the undersigned within fourteen (14) days of service of this motion, or at some other date as ordered by the Court.

1

2

Dated: May 22, 2026
      New York, New York

                                        GOLDBERG SEGALLA LLP


                                        /s/ Peter J. Biging
                                        Peter J. Biging
                                        Andrew H. Reynard
                                        *Attorneys for the Attorney Defendants*
                                        711 Third Avenue
                                        New York, New York 10017
                                        pbiging@goldbergsegalla.com
                                        areynard@goldbergsegalla.com