**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
DAMIAN BATISTA, SANDRA BATISTA,

                                       No: 1:26-CV-2557

                       Plaintiffs,

          -against-

EDELMAN SCHWARTZ PLLC,
ZEV SCHWARTZ,
1915 REALTY LLC,
YONAH ROTH, and BINYOMIN HERZL,

                       Defendants.
------------------------------------------------------------------ x

### DECLARATION OF PETER J. BIGING

I, Peter J. Biging, Esq., hereby declare as follows:

1.      I am a partner in the law firm of Goldberg Segalla LLP, an attorney licensed to practice law in the State of New York, and am counsel of record for Defendants Edelman Schwartz PLLC and Zev Schwartz ("Attorney Defendants").  As such, I am fully familiar with the facts set forth herein.

2.      I submit this Declaration in support of Defendant's Motion to Dismiss Plaintiffs' Complaint as against the Attorney Defendants in its entirety.

3.      Attached as Exhibit 1 is a copy of the Proposed Amended Answer filed by the Respondents (the Plaintiffs here) in the matter of *1915 Realty LLC v. Batista, et al.*, Index No. LT-310915-25/BX (Civ. Ct. N.Y., County of Bronx:  Housing Part C) dated October 21, 2025.

4.      Attached as Exhibit 2 is a copy of the Stipulation of Discontinuance filed by the parties in the matter of *1915 Realty LLC v. Batista, et al.*, Index No. LT-310915-25/BX (Civ. Ct. N.Y., County of Bronx:  Housing Part C) dated April 22, 2026 and providing that, "[a]t Petitioner's request, [the] proceeding is discontinued as Petitioner agrees that the Petition was satisfied," and that "Respondent[s'] motion [to amend their Answer is] withdrawn without prejudice."

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: New York, New York
      May 22, 2026

 

_____
Peter J. Biging, Esq.
Andrew H. Reynard
*Attorneys for the Attorney Defendants*
711 Third Avenue
New York, New York 10017
pbiging@goldbergsegalla.com
areynard@goldbergsegalla.com

2