UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
DAMIAN BATISTA and
SANDRA BATISTA,

               Plaintiffs,          Case No. 26 Civ. 2557 (JSR)

  - against -


EDELMAN SCHWARTZ PLLC,
ZEV SCHWARTZ, 1915 REALTY LLC,
YONAH ROTH, and BINYOMIN HERZL,

                                **NOTICE OF MOTION TO DISMISS**

              Defendants.

-------------------------------------------------------X

       PLEASE TAKE NOTICE THAT, upon the accompanying May 22, 2026 memorandum of law, defendants 1915 Realty LLC, Yonah Roth, and Binyomin Herzl ("Landlord Defendants") will move before this Court, the Hon. Jed S. Rakoff, U.S.D.J., presiding, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York 10007, on **June 18, 2026**, at 2:00 p.m., or as soon thereafter as counsel may be heard, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Complaint's allegations that the Landlord Defendants engaged in deceitful communications or conduct in violation of either New York General Business Law §349 or the law of gross negligence and, to the extent that any allegations against the Landlord Defendants are not dismissed pursuant to Rule 12(b)(6), for an order declining, as permitted under 28 U.S.C. §1367(c)(1) and (c)(2), to exercise supplemental jurisdiction over the remaining allegations against the Landlord Defendants, and dismissing them for lack of subject matter jurisdiction pursuant to Rule 12(b)(1).

       PLEASE TAKE FURTHER NOTICE that, pursuant to the May 20, 2026 Minute Entry on the Docket, any submissions in opposition to this motion must be filed on or before June 10, 2026.

Dated:  New York, New York        Berry Law PLLC
       May 22, 2026              /s/Eric W. Berry
                         By: _____
                           Eric W. Berry
                      *Attorneys for plaintiffs 1915 Realty LLC,*
                          *Yonah Roth and Binyomin Herzl*
                      745 Fifth Avenue, 5th Floor
                      New York, New York   10151
                      (212) 355-0777

*Service List:* all counsel (via ECF)