**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**DAMIAN BATISTA and SANDRA BATISTA,**

                                 **Case No.: 1:26-cv-02557-JSR**

                    **Plaintiffs,**

       **-against-**

**EDELMAN SCHWARTZ PLLC, ZEV SCHWARTZ,**
**1915 REALTY LLC, YONAH ROTH, and**
**BINYOMIN HERZL,**

                    **Defendants.**
-------------------------------------------------------------------X

**DECLARATION OF AHMAD KESHAVARZ**

Pursuant to 28 U.S.C. § 1746, AHMAD KESHAVARZ declares under penalty of perjury that the foregoing is true and correct.

1.      Attached hereto as **Exhibit A** is a true and correct copy of the Second *Williams* Consent Decree in *Williams v. NYCHA*, No. 81 Civ. 1801 RJW (S.D.N.Y 1981).

2.      Attached hereto as **Exhibit B** is a true and correct of *Bryant v. Casco Bay Realty Ltd. P'ship*, 2015 N.Y. Misc. LEXIS 13226 (Sup. Ct. Westchester Co. 2015).

Dated: Brooklyn, New York
       June 10, 2026

                               _____/s/_____
                                Ahmad Keshavarz
                                Law Office of Ahmad Keshavarz
                                16 Court St., 26th Floor
                                Brooklyn, NY 11241
                                *Attorney for Plaintiffs*