ɔ REALTY LLC
BOX 243, Brooklyn, NY 1120-

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

DATE: 02 23 26

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

| | | | | Account: 1915-57 |
|---|---|---|---|---|

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE  57
BRONX, NY 10453

DETACH HERE

KEEP THIS STUB FOR YOUR RECORDS

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 7,019.94 |
| Rent Charge - Mar | 2,170.92 |

Amount Due: $9,190.86

| DATE DUE | AMOUNT DUE |
|---|---|
| 03/01 26 | $9,190.86 |

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

DATE 12/24/25

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 7,019.94 |
| Rent Charge - Jan | 2,170.92 |

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE 57
BRONX, NY 10453

Amount Due: $9,190.86

| DATE DUE | AMOUNT DUE |
|---|---|
| 01/01/26 | $9,190.86 |

---

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

DATE 01/28/26

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 7,019.94 |
| Rent Charge - Feb | 2,170.92 |

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE 57
BRONX, NY 10453

Amount Due: $9,190.86

| DATE DUE | AMOUNT DUE |
|---|---|
| 02/01/26 | $9,190.86 |

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

**DATE** 09/25/25

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204
KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 7,019.94 |
| Rent Charge - Oct | 2,170.92 |

| PLEASE RETURN PAYMENT TO: | NAME |
|---|---|
| 1915 REALTY LLC<br>PO BOX 40319<br>BROOKLYN, NY 11204<br><br>1915-57 | BATISTA, DAMIAN<br>BATISTA, SANDRA<br>1915 BILLINGSLEY TERRACE  57<br>BRONX, NY 10453 |

Amount Due: $9,190.86

| DATE DUE | AMOUNT DUE |
|---|---|
| 10/01/25 | **$9,190.86** |

---

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

**DATE** 10/27/25

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204
KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 7,019.94 |
| Rent Charge - Nov | 2,170.92 |

| PLEASE RETURN PAYMENT TO: | NAME |
|---|---|
| 1915 REALTY LLC<br>PO BOX 40319<br>BROOKLYN, NY 11204<br><br>1915-57 | BATISTA, DAMIAN<br>BATISTA, SANDRA<br>1915 BILLINGSLEY TERRACE  57<br>BRONX, NY 10453 |

Amount Due: $9,190.86

| DATE DUE | AMOUNT DUE |
|---|---|
| 11/01/25 | **$9,190.86** |

---

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

**DATE** 11/26/25

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204
KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
18-621-4065

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 7,019.94 |
| Rent Charge - Dec | 2,170.92 |

| PLEASE RETURN PAYMENT TO: | NAME |
|---|---|
| 1915 REALTY LLC<br>PO BOX 40319<br>BROOKLYN, NY 11204<br><br>915-57 | BATISTA, DAMIAN<br>BATISTA, SANDRA<br>1915 BILLINGSLEY TERRACE  57<br>BRONX, NY 10453 |

Amount Due: $9,190.86

| DATE DUE | AMOUNT DUE |
|---|---|
| 12/01/25 | **$9,190.86** |

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

DATE 06/24/25

D E T A C H

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

H E R E

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 6,961.84 |
| Security Arrears | 58.10 |
| Rent Charge - Jul | 2,170.92 |

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE 57
BRONX, NY 10453

Amount Due: $9,190.86

| DATE DUE | AMOUNT DUE |
|---|---|
| 07/01/25 | $9,190.86 |

---

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

DATE 07/23/25

D E T A C H

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

H E R E

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 7,019.94 |
| Rent Charge - Aug | 2,170.92 |

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE 57
BRONX, NY 10453

Amount Due: $9,190.86

| DATE DUE | AMOUNT DUE |
|---|---|
| 08/01/25 | $9,190.86 |

---

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

DATE 08/21/25

D E T A C H

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

H E R E

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 7,019.94 |
| Rent Charge - Sep | 2,170.92 |

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE 57
BRONX, NY 10453

Amount Due: $9,190.86

| DATE DUE | AMOUNT DUE |
|---|---|
| 09/01/25 | $9,190.86 |

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

| MAKE CHECK PAYABLE TO: | 1915 REALTY LLC |

03/25/25

Account: 1915-57

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

| ITEM | AMOUNT |
| --- | --- |
| Rent Arrears | 6,649.91 |
| Security Arrears | 370.03 |
| Rent Charge - Apr | 2,112.82 |

**PLEASE RETURN PAYMENT TO:**

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

**NAME**

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE  57
BRONX, NY 10453

Amount Due: $9,132.76

| DATE DUE | AMOUNT DUE |
| --- | --- |
| 04/01/25 | $9,132.76 |

---

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

| MAKE CHECK PAYABLE TO: | 1915 REALTY LLC |

04/24/25

Account: 1915-57

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

| ITEM | AMOUNT |
| --- | --- |
| Rent Arrears | 8,240.76 |
| Rent Charge - May | 2,112.82 |

**PLEASE RETURN PAYMENT TO:**

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

**NAME**

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE  57
BRONX, NY 10453

Amount Due: $10,353.58

| DATE DUE | AMOUNT DUE |
| --- | --- |
| 05/01/25 | $10,353.58 |

---

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

| MAKE CHECK PAYABLE TO: | 1915 REALTY LLC |

DATE 05/26/25

Account: 1915-57

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

| ITEM | AMOUNT |
| --- | --- |
| Rent Arrears | 7,019.94 |
| Rent Charge - Jun | 2,170.92 |
| Security Charge | 58.10 |

**PLEASE RETURN PAYMENT TO:**

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

915-57

**NAME**

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE  57
BRONX, NY 10453

Amount Due: $9,248.96

| DATE DUE | AMOUNT DUE |
| --- | --- |
| 06/01/25 | $9,248.96 |



# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

| MAKE CHECK PAYABLE TO: | 1915 REALTY LLC |
|---|---|

DATE 12/24/24

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 13,059.32 |
| Security Arrears | 370.03 |
| Rent Charge - Jan | 2,112.82 |

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE 57
BRONX, NY 10453

Amount Due: $15,542.17

| DATE DUE | AMOUNT DUE |
|---|---|
| 01/01/25 | $15,542.17 |

---

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

| MAKE CHECK PAYABLE TO: | 1915 REALTY LLC |
|---|---|

DATE 01/26/25

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 9,519.94 |
| Rent Charge - Feb | 2,112.82 |

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE 57
BRONX, NY 10453

Amount Due: $11,632.76

| DATE DUE | AMOUNT DUE |
|---|---|
| 02/01/25 | $11,632.76 |

---

# 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

| MAKE CHECK PAYABLE TO: | 1915 REALTY LLC |
|---|---|

DATE 02/26/25

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 8,240.76 |
| Security Arrears | 370.03 |
| Rent Charge - Mar | 2,112.82 |

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
18-621-4065

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE 57
BRONX, NY 10453

Amount Due: $10,723.61

| DATE DUE | AMOUNT DUE |
|---|---|
| 03/01/25 | $10,723.61 |

## 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

08/28/24

**MAKE CHECK PAYABLE TO:** 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

DETACH HERE

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE 57
BRONX, NY 10453

Amount Due: $11,879.71

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 9,396.86 |
| Security Arrears | 370.03 |
| Rent Charge - Sep | 2,112.82 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 09/01/24 | $11,879.71 |

---

## 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

10/29/24

**MAKE CHECK PAYABLE TO:** 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

DETACH HERE

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE 57
BRONX, NY 10453

Amount Due: $13,951.32

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 11,838.50 |
| Rent Charge - Nov | 2,112.82 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 11/01/24 | $13,951.32 |

---

## 1915 REALTY LLC
P.O. BOX 243, Brooklyn, NY 11204

11/27/24

**MAKE CHECK PAYABLE TO:** 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

DETACH HERE

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE 57
BRONX, NY 10453

Amount Due: $15,542.17

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 13,059.32 |
| Security Arrears | 370.03 |
| Rent Charge - Dec | 2,112.82 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 12/01/24 | $15,542.17 |

**1915 REALTY LLC**
P.O. BOX 243, Brooklyn, NY 11204

05/23/24

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

PLEASE RETURN PAYMENT TO:
1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME
BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE  57
BRONX, NY 10453

Amount Due: $8,585.25

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 6,102.40 |
| Security Arrears | 98.84 |
| Rent Charge - Jun | 2,112.82 |
| Security Charge | 271.19 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 06/01/24 | $8,585.25 |

---

**1915 REALTY LLC**
P.O. BOX 243, Brooklyn, NY 11204

06/25/24

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

PLEASE RETURN PAYMENT TO:
1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME
BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE  57
BRONX, NY 10453

Amount Due: $9,622.07

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 7,139.22 |
| Security Arrears | 370.03 |
| Rent Charge - Jul | 2,112.82 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 07/01/24 | $9,622.07 |

---

**1915 REALTY LLC**
P.O. BOX 243, Brooklyn, NY 11204

07/24/24

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
18-621-4065

PLEASE RETURN PAYMENT TO:
1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

915-57

NAME
BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE  57
BRONX, NY 10453

Amount Due: $10,658.89

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 8,176.04 |
| Security Arrears | 370.03 |
| Rent Charge - Aug | 2,112.82 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 08/01/24 | $10,658.89 |



**1915 REALTY LLC**
P.O. BOX 243, Brooklyn, NY 11204

| | DATE |
|---|---|
| | 02/06/24 |

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

| PLEASE RETURN PAYMENT TO: | NAME |
|---|---|
| 1915 REALTY LLC PO BOX 40319 BROOKLYN, NY 11204  1915-57 | BATISTA, DAMIAN BATISTA, SANDRA 1915 BILLINGSLEY TERRACE  57 BRONX, NY 10453 |

Amount Due: $5,223.29

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 3,073.17 |
| Security Arrears | 98.84 |
| Rent Charge - Feb | 2,051.28 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 02/01/24 | $5,223.29 |

---

**1915 REALTY LLC**
P.O. BOX 243, Brooklyn, NY 11204

| | DATE |
|---|---|
| | 03/26/24 |

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

| PLEASE RETURN PAYMENT TO: | NAME |
|---|---|
| 1915 REALTY LLC PO BOX 40319 BROOKLYN, NY 11204  1915-57 | BATISTA, DAMIAN BATISTA, SANDRA 1915 BILLINGSLEY TERRACE  57 BRONX, NY 10453 |

Amount Due: $6,225.96

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 4,075.84 |
| Security Arrears | 98.84 |
| Rent Charge - Apr | 2,051.28 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 04/01/24 | $6,225.96 |

---

**1915 REALTY LLC**
P.O. BOX 243, Brooklyn, NY 11204

| | DATE |
|---|---|
| | 05/01/24 |

MAKE CHECK PAYABLE TO: 1915 REALTY LLC

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

| PLEASE RETURN PAYMENT TO: | NAME |
|---|---|
| 1915 REALTY LLC PO BOX 40319 BROOKLYN, NY 11204  1915-57 | BATISTA, DAMIAN BATISTA, SANDRA 1915 BILLINGSLEY TERRACE  57 BRONX, NY 10453 |

Amount Due: $7,239.24

DETACH HERE

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 5,089.12 |
| Security Arrears | 98.84 |
| Rent Charge - May | 2,051.28 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 05/01/24 | $7,239.24 |