Voucher - CN



# NEW YORK CITY HOUSING AUTHORITY
## LEASED HOUSING DEPARTMENT

PO Box 19196
Long Island City, NY 11101-9196

05/23/2026

DAMIAN BATISTA
1915 Billingsley Ter Apt 57
Bronx, NY, 10453

A. Case #    0598547

B. Voucher #  0598547

☑ C. Annual Recertification

☐ D. Interim Change

☐ E. Lease Renewal

☐ F. Contract Rent Change

G. Dear Tenant:

The New York City Housing Authority ("NYCHA") has reviewed the family income submitted by you, in accordance with the United States Department of Housing and Urban Development ("HUD") regulations, and has made the following rent determination, effective 06/01/2026:

| | |
|---|---|
| **NYCHA Portion:** *Paid by NYCHA to the Owner* | 1188.92 |
| **Tenant Portion:** *Paid by you* | 982 |
| **Total Contract Rent:** | 2170.92 |

If you wish a further explanation of this notice, please contact the Customer Contact Center at (718) 707-7771.

**IMPORTANT NOTES:**

- You are required to pay your share of the rent, which is the difference between the full contract rent for the apartment and the Housing Assistance Payment subsidy paid on your behalf by NYCHA to the Owner. Any additional service charges that may be included in the lease agreement between you and the Owner/ Managing Agent are your responsibility. Please note that your share of the rent is subject to change.

- If you *do not* agree with the above determination, you may request an informal conference or impartial hearing by checking one of the boxes below and mailing this form to the P.O. Box listed above within fifteen (15) days of the date of this notice. If you request an impartial hearing, you will be given an opportunity to discuss this voucher payment change together with any new information that you wish to submit prior to the effective date of the new voucher payment and prior to the impartial hearing.

**Regardless of whether you request a hearing, you are required to pay your new share of the rent on the effective date indicated above. Failure to pay your new share of the rent may result in termination of your subsidy.**

- NYCHA has notified the Owner of this Voucher Change Notification of your Housing Assistance Payment subsidy.

Very truly yours,

Leased Housing Department



1 of 2

  

NYCHA 059.205 (Rev. 6/29/20 v7) VS_20121128 VOUCHER PAYMENT CHANGE NOTIFICATION



n203511000000000011229000000003

Voucher - CN

# NEW YORK CITY HOUSING AUTHORITY
## LEASED HOUSING DEPARTMENT

PO Box 19196
Long Island City, NY 11101-9196

08/14/2025

DAMIAN BATISTA
1915 Billingsley Ter Apt 57
Bronx,NY,10453

A. Case #    0598547

B. Voucher #  0598547

☑ C. Annual Recertification

☐ D. Interim Change

☐ E. Lease Renewal

☐ F. Contract Rent Change

G. Dear Tenant:

The New York City Housing Authority ("NYCHA") has reviewed the family income submitted by you, in accordance with the United States Department of Housing and Urban Development ("HUD") regulations, and has made the following rent determination, effective 09/01/2025:

| | |
|---|---|
| **NYCHA Portion**: *Paid by NYCHA to the Owner* | 1463.92 |
| **Tenant Portion**: *Paid by you* | 707 |
| **Total Contract Rent**: | 2170.92 |

If you wish a further explanation of this notice, please contact the Customer Contact Center at (718) 707-7771.

<u>IMPORTANT NOTES</u>:

- You are required to pay your share of the rent, which is the difference between the full contract rent for the apartment and the Housing Assistance Payment subsidy paid on your behalf by NYCHA to the Owner. Any additional service charges that may be included in the lease agreement between you and the Owner/ Managing Agent are your responsibility. Please note that your share of the rent is subject to change.

- If you *do not* agree with the above determination, you may request an informal conference or impartial hearing by checking one of the boxes below and mailing this form to the P.O. Box listed above within fifteen (15) days of the date of this notice. If you request an impartial hearing, you will be given an opportunity to discuss this voucher payment change together with any new information that you wish to submit prior to the effective date of the new voucher payment and prior to the impartial hearing.

  **Regardless of whether you request a hearing, you are required to pay your new share of the rent on the effective date indicated above. Failure to pay your new share of the rent may result in termination of your subsidy.**

- NYCHA has notified the Owner of this Voucher Change Notification of your Housing Assistance Payment subsidy.

Very truly yours,

Leased Housing Department



1 of 2

NYCHA 059.205 (Rev. 6/29/20 v7) VS_20121128 **VOUCHER PAYMENT CHANGE NOTIFICATION**



0203884000000000005894000000002!

Voucher - CN

# NEW YORK CITY HOUSING AUTHORITY
## LEASED HOUSING DEPARTMENT

PO Box 19196
Long Island City, NY 11101-9196

10/05/2024

DAMIAN BATISTA
1915 Billingsley Ter Apt 57
Bronx, NY, 10453

A. Case #    0598547

B. Voucher #  0598547

☐ C. Annual Recertification

☐ D. Interim Change

☑ E. Lease Renewal

☐ F. Contract Rent Change

G. Dear Tenant:

The New York City Housing Authority ("NYCHA") has reviewed the family income submitted by you, in accordance with the United States Department of Housing and Urban Development ("HUD") regulations, and has made the following rent determination, effective 11/01/2024:

| | |
|---|---|
| **NYCHA Portion:** *Paid by NYCHA to the Owner* | 1220.82 |
| **Tenant Portion:** *Paid by you* | 892.00 |
| **Total Contract Rent:** | 2112.82 |

If you wish a further explanation of this notice, please contact the Customer Contact Center at (718) 707-7771.

<u>IMPORTANT NOTES</u>:

● You are required to pay your share of the rent, which is the difference between the full contract rent for the apartment and the Housing Assistance Payment subsidy paid on your behalf by NYCHA to the Owner. Any additional service charges that may be included in the lease agreement between you and the Owner/ Managing Agent are your responsibility. Please note that your share of the rent is subject to change.

● If you *do not* agree with the above determination, you may request an informal conference or impartial hearing by checking one of the boxes below and mailing this form to the P.O. Box listed above within fifteen (15) days of the date of this notice. If you request an impartial hearing, you will be given an opportunity to discuss this voucher payment change together with any new information that you wish to submit prior to the effective date of the new voucher payment and prior to the impartial hearing.

**Regardless of whether you request a hearing, you are required to pay your new share of the rent on the effective date indicated above. Failure to pay your new share of the rent may result in termination of your subsidy.**

● NYCHA has notified the Owner of this Voucher Change Notification of your Housing Assistance Payment subsidy.

Very truly yours,

Leased Housing Department



1 of 2

NYCHA 059.205 (Rev. 6/29/20 v7) VS_20121128 **VOUCHER PAYMENT CHANGE NOTIFICATION**



0203828000000188235031000000002

Voucher - CN



# NEW YORK CITY HOUSING AUTHORITY
## LEASED HOUSING DEPARTMENT

PO Box 19196
Long Island City, NY 11101-9196

07/02/2024

DAMIAN BATISTA
1915 Billingsley Ter Apt 57
Bronx,NY,10453

A. Case #    0598547

B. Voucher #  0598547

☐ C. Annual Recertification

☑ D. Interim Change

☐ E. Lease Renewal

☐ F. Contract Rent Change

G. Dear Tenant:

The New York City Housing Authority ("NYCHA") has reviewed the family income submitted by you, in accordance with the United States Department of Housing and Urban Development ("HUD") regulations, and has made the following rent determination, effective 08/01/2024:

| | |
|---|---|
| **NYCHA Portion:** *Paid by NYCHA to the Owner* | 1159.28 |
| **Tenant Portion:** *Paid by you* | 892.00 |
| **Total Contract Rent:** | 2051.28 |

If you wish a further explanation of this notice, please contact the Customer Contact Center at (718) 707-7771.

IMPORTANT NOTES:

● You are required to pay your share of the rent, which is the difference between the full contract rent for the apartment and the Housing Assistance Payment subsidy paid on your behalf by NYCHA to the Owner. Any additional service charges that may be included in the lease agreement between you and the Owner/ Managing Agent are your responsibility. Please note that your share of the rent is subject to change.

● If you *do not* agree with the above determination, you may request an informal conference or impartial hearing by checking one of the boxes below and mailing this form to the P.O. Box listed above within fifteen (15) days of the date of this notice. If you request an impartial hearing, you will be given an opportunity to discuss this voucher payment change together with any new information that you wish to submit prior to the effective date of the new voucher payment and prior to the impartial hearing.

**Regardless of whether you request a hearing, you are required to pay your new share of the rent on the effective date indicated above. Failure to pay your new share of the rent may result in termination of your subsidy.**

● NYCHA has notified the Owner of this Voucher Change Notification of your Housing Assistance Payment subsidy.

Very truly yours,

Leased Housing Department



1 of 2

NYCHA 059.205 (Rev. 6/29/20 v7) VS_20121128 **VOUCHER PAYMENT CHANGE NOTIFICATION**



0203263000000173973329700000003

Voucher - CN



# NEW YORK CITY HOUSING AUTHORITY
## LEASED HOUSING DEPARTMENT

PO Box 19196
Long Island City, NY 11101-9196

05/02/2024

DAMIAN BATISTA
1915 Billingsley Ter Apt 57
Bronx, NY, 10453

A. Case #     0598547

B. Voucher #  0598547

☑ C. Annual Recertification

☐ D. Interim Change

☐ E. Lease Renewal

☐ F. Contract Rent Change

G. Dear Tenant:

The New York City Housing Authority ("NYCHA") has reviewed the family income submitted by you, in accordance with the United States Department of Housing and Urban Development ("HUD") regulations, and has made the following rent determination, effective 06/01/2024:

| | |
|---|---|
| **NYCHA Portion:** *Paid by NYCHA to the Owner* | 975.28 |
| **Tenant Portion:** *Paid by you* | 1076.00 |
| **Total Contract Rent:** | 2051.28 |

If you wish a further explanation of this notice, please contact the Customer Contact Center at (718) 707-7771.

**IMPORTANT NOTES**:

- You are required to pay your share of the rent, which is the difference between the full contract rent for the apartment and the Housing Assistance Payment subsidy paid on your behalf by NYCHA to the Owner. Any additional service charges that may be included in the lease agreement between you and the Owner/ Managing Agent are your responsibility. Please note that your share of the rent is subject to change.

- If you *do not* agree with the above determination, you may request an informal conference or impartial hearing by checking one of the boxes below and mailing this form to the P.O. Box listed above within fifteen (15) days of the date of this notice. If you request an impartial hearing, you will be given an opportunity to discuss this voucher payment change together with any new information that you wish to submit prior to the effective date of the new voucher payment and prior to the impartial hearing.

  **Regardless of whether you request a hearing, you are required to pay your new share of the rent on the effective date indicated above. Failure to pay your new share of the rent may result in termination of your subsidy.**

- NYCHA has notified the Owner of this Voucher Change Notification of your Housing Assistance Payment subsidy.

Very truly yours,

Leased Housing Department



1 of 2

NYCHA 059.205 (Rev. 6/29/20 v7) VS_20121128 VOUCHER PAYMENT CHANGE NOTIFICATION



0203455000000166220413000000004

Voucher - CN

**NEW YORK CITY HOUSING AUTHORITY
LEASED HOUSING DEPARTMENT**



PO Box 19196
Long Island City, NY 11101-9196

DAMIAN BATISTA
1915 Billingsley Ter Apt 57
Bronx,NY,10453

05/24/2023

A. Case #    0598547

B. Voucher #  0598547

☑ C. Annual Recertification

☐ D. Interim Change

☐ E. Lease Renewal

☐ F. Contract Rent Change

G. Dear Tenant:

The New York City Housing Authority ("NYCHA") has reviewed the family income submitted by you, in accordance with the United States Department of Housing and Urban Development ("HUD") regulations, and has made the following rent determination, effective 06/01/2023:

| NYCHA Portion: <br> *Paid by NYCHA to the Owner* | 1013.28 |
|---|---|
| Tenant Portion: <br> *Paid by you* | 1038.00 |
| Total Contract Rent: | 2051.28 |

If you wish a further explanation of this notice, please contact the Customer Contact Center at (718) 707-7771.

<u>IMPORTANT NOTES</u>:

- You are required to pay your share of the rent, which is the difference between the full contract rent for the apartment and the Housing Assistance Payment subsidy paid on your behalf by NYCHA to the Owner. Any additional service charges that may be included in the lease agreement between you and the Owner/ Managing Agent are your responsibility. Please note that your share of the rent is subject to change.

- If you *do not* agree with the above determination, you may request an informal conference or impartial hearing by checking one of the boxes below and mailing this form to the P.O. Box listed above within fifteen (15) days of the date of this notice. If you request an impartial hearing, you will be given an opportunity to discuss this voucher payment change together with any new information that you wish to submit prior to the effective date of the new voucher payment and prior to the impartial hearing.

   **Regardless of whether you request a hearing, you are required to pay your new share of the rent on the effective date indicated above. Failure to pay your new share of the rent may result in termination of your subsidy.**

- NYCHA has notified the Owner of this Voucher Change Notification of your Housing Assistance Payment subsidy.

Very truly yours,

Leased Housing Department



1 of 2

NYCHA 059.205 (Rev. 6/29/20 v7) VS_20121128 **VOUCHER PAYMENT CHANGE NOTIFICATION**



Voucher - CN

# NEW YORK CITY HOUSING AUTHORITY
## LEASED HOUSING DEPARTMENT



PO Box 19196
Long Island City, NY 11101-9196

07/02/2022

DAMIAN BATISTA
1915 Billingsley Ter Apt 57
Bronx,NY,10453

A. Case #   0598547

B. Voucher #  0598547

☑ C. Annual Recertification

☐ D. Interim Change

☐ E. Lease Renewal

☐ F. Contract Rent Change

G. Dear Tenant:

The New York City Housing Authority ("NYCHA") has reviewed the family income submitted by you, in accordance with the United States Department of Housing and Urban Development ("HUD") regulations, and has made the following rent determination, effective 08/01/2022:

| | |
|---|---|
| **NYCHA Portion:** *Paid by NYCHA to the Owner* | 1028.25 |
| **Tenant Portion:** *Paid by you* | 973 |
| **Total Contract Rent:** | 2001.25 |

If you wish a further explanation of this notice, please contact the Customer Contact Center at (718) 707-7771.

**IMPORTANT NOTES:**

- You are required to pay your share of the rent, which is the difference between the full contract rent for the apartment and the Housing Assistance Payment subsidy paid on your behalf by NYCHA to the Owner. Any additional service charges that may be included in the lease agreement between you and the Owner/ Managing Agent are your responsibility. Please note that your share of the rent is subject to change.

- If you *do not* agree with the above determination, you may request an informal conference or impartial hearing by checking one of the boxes below and mailing this form to the P.O. Box listed above within fifteen (15) days of the date of this notice. If you request an impartial hearing, you will be given an opportunity to discuss this voucher payment change together with any new information that you wish to submit prior to the effective date of the new voucher payment and prior to the impartial hearing.

**Regardless of whether you request a hearing, you are required to pay your new share of the rent on the effective date indicated above. Failure to pay your new share of the rent may result in termination of your subsidy.**

- NYCHA has notified the Owner of this Voucher Change Notification of your Housing Assistance Payment subsidy.

Very truly yours,

Leased Housing Department



1 of 2

NYCHA 059.205 (Rev. 6/29/20 v7) VS_20121128 VOUCHER PAYMENT CHANGE NOTIFICATION

Voucher - CN

**NEW YORK CITY HOUSING AUTHORITY**
**LEASED HOUSING DEPARTMENT**



PO Box 19196
Long Island City, NY 11101-9196

06/08/2021

A. Case # 0598547

B. Voucher 0598547

☑ C. Annual Review

☐ D. Interim Change

☐ E. Lease Renewal

DAMIAN BATISTA
1915 Billingsley Ter Apt 57
Bronx,NY,10453

F. Dear Tenant:

The New York City Housing Authority ("NYCHA") has reviewed the family income submitted by you, in accordance with the United States Department of Housing and Urban Development ("HUD") regulations, and has made the following rent determination, effective 07/01/2021:

| | |
|---|---|
| **NYCHA Portion:** *Paid by NYCHA to the Owner* | 978.25 |
| **Tenant Portion:** *Paid by you* | 1023 |
| **Total Contract Rent:** | 2001.25 |

If you wish a further explanation of this notice, please contact the Customer Contact Center at (718) 707-7771.

**IMPORTANT NOTES:**

- You are required to pay your share of the rent, which is the difference between the full contract rent for the apartment and the Housing Assistance Payment subsidy paid on your behalf by NYCHA to the Owner. Any additional service charges that may be included in the lease agreement between you and the Owner/ Managing Agent are your responsibility. Please note that your share of the rent is subject to change.

- If you *do not* agree with the above determination, you may request an informal conference or impartial hearing by checking one of the boxes below and mailing this form to the P.O. Box listed above within fifteen (15) days of the date of this notice. If you request an impartial hearing, you will be given an opportunity to discuss this voucher payment change together with any new information that you wish to submit prior to the effective date of the new voucher payment and prior to the impartial hearing.

  **Regardless of whether you request a hearing, you are required to pay your new share of the rent on the effective date indicated above. Failure to pay your new share of the rent may result in termination of your subsidy.**

- NYCHA has notified the Owner of this Voucher Change Notification of your Housing Assistance Payment subsidy.

Very truly yours,

Leased Housing Department



1 of 2

NYCHA 059.205 (Rev. 9/29/17v7) VS_20121128 **VOUCHER PAYMENT CHANGE NOTIFICATION**



04051200000000290795920000004