# Tenant Statement

**In Legal**

*02/02/26  10:07:33*

| | |
|---|---|
| **1915** | **1915 BILLINGSLEY TERRACE** |
| **57** | **BATISTA, DAMIAN Tel. (347) 758-8324** |
| Rooms: 5.0 | **BATISTA, SANDRA** |

Type: Stab
S8 - FPC#: 0598547

| | |
|---|---|
| Lease: 06/01/25-05/31/26 | |
| Rent: | 2,170.92 |
| Section 8: | 1,463.92 |
| Tenant Share: | 707.00 |
| Total Due: | 9,190.86 |

| Date | LB CC AC MG | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 05/22/08 | | Move in: BATISTA, DAMIAN | | | | |
| 07/01/22 | | Balance Forward | | | 671.40 | |
| 07/01/22 | | Rent Charge | 2,051.28 | | 2,722.68 | |
| 07/01/22 | | S8 Payment | | 978.25 | 1,744.43 | E7844542 |
| 07/05/22 | | Rent Receipt | | 1,023.00 | 721.43 | T009298 |
| | | | | | | Damian Batista |
| 07/31/22 | | Rent Receipt | | 1,023.00 | -301.57 | T009564 |
| | | | | | | Damian Batista |
| 08/01/22 | | Rent Charge | 2,051.28 | | 1,749.71 | |
| 08/01/22 | | S8 Payment | | 1,028.25 | 721.46 | E7868407 |
| 09/01/22 | | Rent Charge | 2,051.28 | | 2,772.74 | |
| 09/05/22 | | Rent Receipt | | 1,023.00 | 1,749.74 | T010053 |
| | | | | | | Damian Batista |
| 09/21/22 | | S8 Payment | | 1,028.25 | 721.49 | E7892297 |
| 10/01/22 | | Rent Charge | 2,051.28 | | 2,772.77 | |
| 10/03/22 | | Rent Receipt | | 973.00 | 1,799.77 | T010403 |
| | | | | | | Damian Batista |
| 10/03/22 | | S8 Payment | | 1,028.25 | 771.52 | E7916298 |
| 11/01/22 | | Rent Charge | 2,051.28 | | 2,822.80 | |
| 11/01/22 | | S8 Payment | | 1,028.25 | 1,794.55 | E7940190 |
| 11/08/22 | | Rent Receipt | | 973.00 | 821.55 | T010902 |
| | | | | | | Damian Batista |
| 12/01/22 | | Rent Charge | 2,051.28 | | 2,872.83 | |
| 12/01/22 | | S8 Payment | | 1,028.25 | 1,844.58 | 7964162 |
| 12/05/22 | | Rent Receipt | | 973.00 | 871.58 | T011236 |
| | | | | | | Damian Batista |
| 01/01/23 | | Rent Charge | 2,051.28 | | 2,922.86 | |
| 01/03/23 | | S8 Payment | | 1,028.25 | 1,894.61 | E7990059 |
| 01/06/23 | | Rent Receipt | | 973.00 | 921.61 | T011682 |
| | | | | | | Damian Batista |
| 02/01/23 | | Rent Charge | 2,051.28 | | 2,972.89 | |
| 02/01/23 | | S8 Payment | | 1,028.25 | 1,944.64 | E8016079 |
| 02/06/23 | MG | Rent Receipt | | 973.00 | 971.64 | T012122 |
| | | | | | | Damian Batista |
| 03/01/23 | | Rent Charge | 2,051.28 | | 3,022.92 | |
| 03/01/23 | | S8 Payment | | 1,028.25 | 1,994.67 | E8040581 |
| 03/04/23 | MG | Rent Receipt | | 973.00 | 1,021.67 | T012494 |
| | | | | | | Damian Batista |

*Page 1*

# Tenant Statement

**In Legal**

*02/02/26  10:07:34*

| | |
|---|---|
| **1915** | **1915 BILLINGSLEY TERRACE** |
| **57** | **BATISTA, DAMIAN Tel. (347) 758-8324** |
| **Rooms: 5.0** | **BATISTA, SANDRA** |

Type: Stab
S8 - FPC#: 0598547

| | |
|---|---|
| Lease: 06/01/25-05/31/26 | |
| Rent: | 2,170.92 |
| Section 8: | 1,463.92 |
| Tenant Share: | 707.00 |
| Total Due: | 9,190.86 |

| Date | LB CC AC MG | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 04/01/23 | | Rent Charge | 2,051.28 | | 3,072.95 | |
| 04/01/23 | MG | Rent Receipt | | 973.00 | 2,099.95 | T012877 |
| | | | | | | Damian Batista |
| 04/03/23 | | S8 Payment | | 1,028.25 | 1,071.70 | E8065005 |
| 05/01/23 | | Rent Charge | 2,051.28 | | 3,122.98 | |
| 05/01/23 | | S8 Payment | | 1,028.25 | 2,094.73 | E8089429 |
| 05/05/23 | MG | Rent Receipt | | 973.00 | 1,121.73 | T013380 |
| | | | | | | Damian Batista |
| 06/01/23 | | Rent Charge | 2,051.28 | | 3,173.01 | |
| 06/01/23 | | S8 Payment | | 1,013.28 | 2,159.73 | E8113949 |
| 06/03/23 | MG | Rent Receipt | | 1,038.00 | 1,121.73 | T013807 |
| | | | | | | Damian Batista |
| 07/01/23 | | Rent Charge | 2,051.28 | | 3,173.01 | |
| 07/01/23 | | S8 Payment | | 1,013.28 | 2,159.73 | E8138135 |
| 07/07/23 | MG | Rent Receipt | | 1,038.00 | 1,121.73 | T014296 |
| | | | | | | Damian Batista |
| 08/01/23 | | Rent Charge | 2,051.28 | | 3,173.01 | |
| 08/01/23 | | S8 Payment | | 1,013.28 | 2,159.73 | E8162606 |
| 08/02/23 | MG | Rent Receipt | | 1,038.00 | 1,121.73 | T014634 |
| | | | | | | Damian Batista |
| 08/31/23 | MG | Rent Receipt | | 1,038.00 | 83.73 | T015028 |
| | | | | | | Damian Batista |
| 09/01/23 | | Rent Charge | 2,051.28 | | 2,135.01 | |
| 09/01/23 | | S8 Payment | | 1,013.28 | 1,121.73 | E8187263 |
| 10/01/23 | | Rent Charge | 2,051.28 | | 3,173.01 | |
| 10/01/23 | MG | Rent Receipt | | 1,038.00 | 2,135.01 | T015490 |
| | | | | | | Damian Batista |
| 10/02/23 | | S8 Payment | | 1,013.28 | 1,121.73 | E8212030 |
| 11/01/23 | | Rent Charge | 2,051.28 | | 3,173.01 | |
| 11/01/23 | | S8 Payment | | 1,013.28 | 2,159.73 | E8237398 |
| 11/03/23 | MG | Rent Receipt | | 1,038.00 | 1,121.73 | T016043 |
| | | | | | | Damian Batista |
| 12/01/23 | | Rent Charge | 2,051.28 | | 3,173.01 | |
| 12/01/23 | | S8 Payment | | 1,013.28 | 2,159.73 | E8262151 |
| 12/04/23 | MG | Rent Receipt | | 1,038.00 | 1,121.73 | T016508 |
| | | | | | | Damian Batista |
| 01/01/24 | | Rent Charge | 2,051.28 | | 3,173.01 | |

# Tenant Statement

**In Legal**

*02/02/26  10:07:34*

| 1915 | **1915 BILLINGSLEY TERRACE** | Type: Stab | Lease: 06/01/25-05/31/26 | |
|---|---|---|---|---|
| 57 | **BATISTA, DAMIAN** Tel. (347) 758-8324 | S8 - FPC#: 0598547 | Rent: | 2,170.92 |
| Rooms: 5.0 | **BATISTA, SANDRA** | | Section 8: | 1,463.92 |
| | | | Tenant Share: | 707.00 |
| | | | Total Due: | 9,190.86 |

| Date | LB CC AC MG | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 01/17/24 | | Rent Receipt | | 1.00 | 3,172.01 | MO29018384774 |
| 02/01/24 | | Rent Charge | 2,051.28 | | 5,223.29 | |
| 02/08/24 | MG | Rent Receipt | | 1,038.00 | 4,185.29 | T017656 Damian Batista |
| 02/21/24 | | Rent Receipt | | 1.00 | 4,184.29 | MO29162850344 |
| 03/01/24 | | Rent Charge | 2,051.28 | | 6,235.57 | |
| 03/04/24 | MG | Rent Receipt | | 1,038.00 | 5,197.57 | T018154 Damian Batista |
| 03/15/24 | MG | Rent Receipt | | 1,022.89 | 4,174.68 | T018392 Damian Batista |
| 04/01/24 | | Rent Charge | 2,051.28 | | 6,225.96 | |
| 04/05/24 | MG | Rent Receipt | | 1,038.00 | 5,187.96 | T018706 Damian Batista |
| 05/01/24 | | Rent Charge | 2,051.28 | | 7,239.24 | |
| 05/03/24 | MG | Rent Receipt | | 1,038.00 | 6,201.24 | T019097 Damian Batista |
| 06/01/24 | | Rent Charge | 2,112.82 | | 8,314.06 | |
| 06/01/24 | | Security Charge | 271.19 | | 8,585.25 | |
| 06/04/24 | MG | Rent Receipt | | 1,076.00 | 7,509.25 | T019583 Damian Batista |
| 07/01/24 | | Rent Charge | 2,112.82 | | 9,622.07 | |
| 07/01/24 | MG | Rent Receipt | | 1,076.00 | 8,546.07 | T019964 Damian Batista |
| 08/01/24 | | Rent Charge | 2,112.82 | | 10,658.89 | |
| 08/01/24 | MG | Rent Receipt | | 892.00 | 9,766.89 | T020414 Damian Batista |
| 09/01/24 | | Rent Charge | 2,112.82 | | 11,879.71 | |
| 09/06/24 | MG | Rent Receipt | | 892.00 | 10,987.71 | T021069 Damian Batista |
| 10/01/24 | | Rent Charge | 2,112.82 | | 13,100.53 | |
| 10/02/24 | MG | Rent Receipt | | 892.00 | 12,208.53 | T021483 Damian Batista |
| 11/01/24 | | Rent Charge | 2,112.82 | | 14,321.35 | |
| 11/01/24 | MG | Rent Receipt | | 892.00 | 13,429.35 | T021906 Damian Batista |
| 12/01/24 | | Rent Charge | 2,112.82 | | 15,542.17 | |
| 12/02/24 | MG | Rent Receipt | | 892.00 | 14,650.17 | T022442 Damian Batista |

# Tenant Statement

*02/02/26  10:07:34*

| 1915 | **1915 BILLINGSLEY TERRACE** | Type: Stab | Lease: 06/01/25-05/31/26 | |
|---|---|---|---|---|
| 57 | **BATISTA, DAMIAN Tel. (347) 758-8324** | S8 - FPC#: 0598547 | Rent: | 2,170.92 |
| Rooms: 5.0 | **BATISTA, SANDRA** | | Section 8: | 1,463.92 |
| | | | Tenant Share: | 707.00 |
| | | | Total Due: | 9,190.86 |

| Date | LB CC AC MG | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 12/02/24 | | S8 Payment | | 1,220.82 | 13,429.35 | E8566087 |
| 01/01/25 | | Rent Charge | 2,112.82 | | 15,542.17 | |
| 01/02/25 | MG | Rent Receipt | | 892.00 | 14,650.17 | T022996 |
| | | | | | | Damian Batista |
| 01/02/25 | | S8 Payment | | 1,220.82 | 13,429.35 | E8591533 |
| 01/02/25 | | S8 Payment | | 3,539.38 | 9,889.97 | |
| 02/01/25 | | Rent Charge | 2,112.82 | | 12,002.79 | |
| 02/03/25 | | S8 Payment | | 1,220.82 | 10,781.97 | E8618475 |
| 02/07/25 | MG | Rent Receipt | | 892.00 | 9,889.97 | T023706 |
| | | | | | | Damian Batista |
| 02/12/25 | | Rent Adjustment | | 2,500.00 | 7,389.97 | SETTELMENT |
| 03/01/25 | | Rent Charge | 2,112.82 | | 9,502.79 | |
| 03/01/25 | MG | Rent Receipt | | 892.00 | 8,610.79 | T024012 |
| | | | | | | Damian Batista |
| 03/03/25 | | S8 Payment | | 1,220.82 | 7,389.97 | E8644009 |
| 03/05/25 | | Security Deposit | | 370.03 | 7,019.94 | MO29770118324 |
| 04/01/25 | | Rent Charge | 2,112.82 | | 9,132.76 | |
| 04/01/25 | MG | Rent Receipt | | 892.00 | 8,240.76 | T024534 |
| | | | | | | Damian Batista |
| 04/01/25 | | S8 Payment | | 1,220.82 | 7,019.94 | E8669366 |
| 05/01/25 | | Rent Charge | 2,112.82 | | 9,132.76 | |
| 05/01/25 | MG | Rent Receipt | | 892.00 | 8,240.76 | T025028 |
| | | | | | | Damian Batista |
| 05/01/25 | | S8 Payment | | 1,220.82 | 7,019.94 | E8694477 |
| 05/31/25 | MG | Rent Receipt | | 892.00 | 6,127.94 | T025577 |
| | | | | | | Damian Batista |
| 05/31/25 | CP | Security Deposit | | 58.10 | 6,069.84 | T025578 |
| | | | | | | Damian Batista |
| 06/01/25 | | Rent Charge | 2,170.92 | | 8,240.76 | |
| 06/01/25 | | Security Charge | 58.10 | | 8,298.86 | |
| 06/02/25 | | S8 Payment | | 1,220.82 | 7,078.04 | E8719742 |
| 06/09/25 | MG | Rent Receipt | | 58.10 | 7,019.94 | T025824 |
| | | | | | | Damian Batista |
| 07/01/25 | | Rent Charge | 2,170.92 | | 9,190.86 | |
| 07/01/25 | MG | Rent Receipt | | 58.10 | 9,132.76 | T026127 |
| | | | | | | Damian Batista |
| 07/01/25 | MG | Rent Receipt | | 892.00 | 8,240.76 | T026126 |
| | | | | | | Damian Batista |

# Tenant Statement

**In Legal**

*02/02/26  10:07:34*

| | |
|---|---|
| **1915** | **1915 BILLINGSLEY TERRACE** |
| **57** | **BATISTA, DAMIAN Tel. (347) 758-8324** |
| **Rooms: 5.0** | **BATISTA, SANDRA** |

Type: Stab
S8 - FPC#: 0598547

| | |
|---|---|
| Lease: 06/01/25-05/31/26 | |
| Rent: | 2,170.92 |
| Section 8: | 1,463.92 |
| Tenant Share: | 707.00 |
| Total Due: | 9,190.86 |

LB
CC
AC
MG

| Date | MG | Description | Debit | Credit | Balance | Check #/Comment |
|---|---|---|---|---|---|---|
| 07/01/25 | | S8 Payment | | 1,220.82 | 7,019.94 | E8745186 |
| 08/01/25 | | Rent Charge | 2,170.92 | | 9,190.86 | |
| 08/01/25 | MG | Rent Receipt | | 892.00 | 8,298.86 | T026700 Damian Batista |
| 08/01/25 | | S8 Payment | | 1,220.82 | 7,078.04 | E8770575 |
| 08/08/25 | MG | Rent Receipt | | 58.10 | 7,019.94 | T026873 Damian Batista |
| 08/31/25 | MG | Rent Receipt | | 707.00 | 6,312.94 | T027154 Damian Batista |
| 09/01/25 | | Rent Charge | 2,170.92 | | 8,483.86 | |
| 09/01/25 | | S8 Payment | | 1,463.92 | 7,019.94 | E8796056 |
| 10/01/25 | | Rent Charge | 2,170.92 | | 9,190.86 | |
| 10/01/25 | | S8 Payment | | 1,463.92 | 7,726.94 | E8821529 |
| 10/03/25 | MG | Rent Receipt | | 707.00 | 7,019.94 | T027753 Damian Batista |
| 11/01/25 | | Rent Charge | 2,170.92 | | 9,190.86 | |
| 11/01/25 | MG | Rent Receipt | | 707.00 | 8,483.86 | T028173 Damian Batista |
| 11/01/25 | | S8 Payment | | 1,463.92 | 7,019.94 | E8847069 |
| 12/01/25 | | Rent Charge | 2,170.92 | | 9,190.86 | |
| 12/01/25 | MG | Rent Receipt | | 707.00 | 8,483.86 | T028609 Damian Batista |
| 12/01/25 | | S8 Payment | | 1,463.92 | 7,019.94 | E8872645 |
| 01/01/26 | | Rent Charge | 2,170.92 | | 9,190.86 | |
| 01/01/26 | | S8 Payment | | 1,463.92 | 7,726.94 | E8898418 |
| 01/02/26 | MG | Rent Receipt | | 707.00 | 7,019.94 | T029100 Damian Batista |
| 02/01/26 | | Rent Charge | 2,170.92 | | 9,190.86 | |