

≡    RENTAL PROP

# Transactions

Please allow 1-2 days for your recent payments

Make a payment

Feb 03, 2026 ✓

**$707.00** • ✓

T029582

JPMORGAN CHASE BANK **** 6554

Unit: 1915 BILLINGSLEY TERRACE, #57

Jan 02, 2026 ✓

**$707.00** • ✓

T029100

JPMORGAN CHASE BANK **** 6554

Unit: 1915 BILLINGSLEY TERRACE, #57



### RENTAL PROP

# Transactions

Please allow 1-2 days for your recent payments

<div style="border:1px solid">Make a payment</div>

**$707.00** •                                                      Dec 01, 2025

JPMORGAN CHASE BANK **** 655...                        T028609

Unit: 1915 BILLINGSLEY TERRACE, #57

**$707.00** •                                                      Nov 01, 2025

JPMORGAN CHASE BANK **** 655...                        T028173

Unit: 1915 BILLINGSLEY TERRACE, #57

**$707.00** •                                                      Oct 03, 2025

JPMORGAN CHASE BANK **** 655...                        T027753

Unit: 1915 BILLINGSLEY TERRACE, #57

✱ **$707.00** • *SEPTEMBER*                                        Aug 31, 2025

JPMORGAN CHASE BANK **** 655...                        T027154

Unit: 1915 BILLINGSLEY TERRACE, #57

**$58.10** •                                                       Aug 08, 2025

JPMORGAN CHASE BANK **** 655...                        T026873

Unit: 1915 BILLINGSLEY TERRACE, #57

# Transactions

Please allow 1-2 days for your recent payments

 **RENTAL PROP**

| a payment |

---

**$707.00** •

JPMORGAN CHASE BANK **** 655…

Unit: 1915 BILLINGSLEY TERRACE, #57

Aug 31, 2025

T027154

---

**$58.10** •

JPMORGAN CHASE BANK **** 655…

Unit: 1915 BILLINGSLEY TERRACE, #57

Aug 08, 2025

T026873

---

**$892.00** •

JPMORGAN CHASE BANK **** 655…

Unit: 1915 BILLINGSLEY TERRACE, #57

Aug 01, 2025

T026700

---

**$892.00** •

JPMORGAN CHASE BANK **** 655…

Unit: 1915 BILLINGSLEY TERRACE, #57

Jul 01, 2025

T026126

---

**$58.10** •

JPMORGAN CHASE BANK **** 655…

Unit: 1915 BILLINGSLEY TERRACE, #57

Jul 01, 2025

T026127

---

**$58.10** •                                                                     Jun 09, 2025

JPMORGAN CHASE BANK **** 655...                                                  T025824

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                                    May 31, 2025

JPMORGAN CHASE BANK **** 655...                                                  T025577

Unit: 1915 BILLINGSLEY TERRACE, #57


**$58.10** •                                                                     May 31, 2025

JPMORGAN CHASE BANK **** 655...                                                  T025578

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                                    May 01, 2025

JPMORGAN CHASE BANK **** 655...                                                  T025028

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                                    Apr 01, 2025

JPMORGAN CHASE BANK **** 655...                                                  T024534

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                                    Mar 01, 2025

JPMORGAN CHASE BANK **** 655...                                                  T024012

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                                    Feb 07, 2025

JPMORGAN CHASE BANK **** 655...                                                  T023706

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                                    Jan 02, 2025

JPMORGAN CHASE BANK **** 655...                                         T022996

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$892.00** ●                                                          Dec 02, 2024

JPMORGAN CHASE BANK **** 655...                                         T022442

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$892.00** ●                                                          Nov 01, 2024

JPMORGAN CHASE BANK **** 655...                                         T021906

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$892.00** ●                                                          Oct 02, 2024

JPMORGAN CHASE BANK **** 655...                                         T021483

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$892.00** ●                                                          Sep 06, 2024

JPMORGAN CHASE BANK **** 655...                                         T021069

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$892.00** ●                                                          Aug 01, 2024

JPMORGAN CHASE BANK **** 655...                                         T020414

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$1,076.00** ●                                                        Jul 01, 2024

JPMORGAN CHASE BANK **** 655...                                         T019964

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$1,076.00** ●                                                        Jun 04, 2024

JPMORGAN CHASE BANK **** 655...                                         T019583

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

May 03, 2024

JPMORGAN CHASE BANK **** 655...

T019097

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Apr 05, 2024

JPMORGAN CHASE BANK **** 655...

T018706

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,022.89** ●

Mar 15, 2024

JPMORGAN CHASE BANK **** 655...

T018392

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Mar 04, 2024

JPMORGAN CHASE BANK **** 655...

T018154

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Feb 08, 2024

JPMORGAN CHASE BANK **** 655...

T017656

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Dec 04, 2023

JPMORGAN CHASE BANK **** 655...

T016508

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Nov 03, 2023

JPMORGAN CHASE BANK **** 655...

T016043

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** ●

Oct 01, 2023

JPMORGAN CHASE BANK **** 655...

T015490

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •

Aug 31, 2023

JPMORGAN CHASE BANK **** 655...

T015028

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •

Aug 02, 2023

JPMORGAN CHASE BANK **** 655...

T014634

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •

Jul 07, 2023

JPMORGAN CHASE BANK **** 655...

T014296

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •

Jun 03, 2023

JPMORGAN CHASE BANK **** 655...

T013807

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

May 05, 2023

JPMORGAN CHASE BANK **** 655...

T013380

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Apr 01, 2023

JPMORGAN CHASE BANK **** 655...

T012877

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Mar 04, 2023

JPMORGAN CHASE BANK **** 655...

T012494

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Feb 06, 2023

JPMORGAN CHASE BANK **** 655...

T012122

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Jan 06, 2023

JPMORGAN CHASE BANK **** 655...

T011682

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Dec 05, 2022

JPMORGAN CHASE BANK **** 655...

T011236

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Nov 08, 2022

JPMORGAN CHASE BANK **** 655...

T010902

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •

Oct 03, 2022

JPMORGAN CHASE BANK **** 655...

T010403

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •

Sep 05, 2022

JPMORGAN CHASE BANK **** 655...

T010053

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •

Jul 31, 2022

JPMORGAN CHASE BANK **** 655...

T009564

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •

Jul 05, 2022

JPMORGAN CHASE BANK **** 655...    T009298

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Jun 06, 2022

JPMORGAN CHASE BANK **** 655...    T008955

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    May 04, 2022

JPMORGAN CHASE BANK **** 655...    T008572

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Mar 29, 2022

JPMORGAN CHASE BANK **** 655...    T008051

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Mar 06, 2022

JPMORGAN CHASE BANK **** 655...    T007840

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Feb 08, 2022

JPMORGAN CHASE BANK **** 655...    T007531

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Jan 05, 2022

JPMORGAN CHASE BANK **** 655...    T007143

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,023.00** •    Dec 05, 2021

JPMORGAN CHASE BANK **** 655...    T006787

Unit: 1915 BILLINGSLEY TERRACE, #57

© Rental Prop
Powered by: ManageGo