...ALTY LLC
...243, Brooklyn, NY 11204

...AKE CHECK
PAYABLE TO: 1915 REALTY LLC

DATE
03/26/24

D
E
T
A
C
H

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL
718-621-4065

H
E
R
E

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 4,075.84 |
| Security Arrears | 98.84 |
| Rent Charge - Apr | 2,051.28 |

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

NAME

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE  57
BRONX, NY 10453

Amount Due: $6,225.96

| DATE DUE | AMOUNT DUE |
|---|---|
| 04/01/24 | $6,225.96 |

PLEASE TO THE LANDLORD TO CALL
SECTION 8 AND CLAIM THAT THEY PAY
THE PORTION OF THE RENT THAT SECTION 8
HAS BEYOND, BECAUSE I AM PAYING THE
PORTION OF THE RENT THAT I AM RESPONSIBLE
TO PAY EVERY MONTH.

I CALLED SECTION 8 AND THEY TOLD
ME THAT IT IS UP TO THE LANDLORD TO
CALL AND CLAIM THE PAYMENT OF THE
RENT THAT SECTION 8 HAS BEYOND
WITH THE LANDLORD.



U.S. Postal Service ™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ $0.10

Certified Fee $0.00

Return Receipt Fee
(Endorsement Required) $0.00

Restricted Delivery Fee
(Endorsement Required) $0.00

Total Postage & Fees $ $0.10

Postmark
Here

04/23/2024

0128
87

Sent To
1915 REALTY LLC

Street, Apt. No.;
or PO Box No. P.O. BOX 40319

City, State, ZIP+4
BROOKLYN N.Y. 11204

PS Form 3800, August 2006

Total

Grand Total:                     $5.08

Cash                             $5.08

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

USPS IS NOW HIRING, APPLY at
WWW.USPS.COM/CAREERS

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420.

UFN: 350914-0128
Receipt #: 840-51000070-4-8427458-14
Clerk: 87

DAMIAN BATISTA
1915 BILLINGSLEY TERRACE 57
BRONX, N.Y. 10453.

1915 REALTY LLC
P.O. BOX 40319
BROOKLYN, N.Y. 11204