DocuSign Envelope ID: 4892EEDA-0F0D-4DA5-A35B-ADECCB18F0EA

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX: HOUSING PART C**
——————————————————————X

**1915 REALTY LLC**

                     *Petitioner*,          **Index No. LT-310915-25/BX**

    -against-

                                     **AFFIRMATION IN SUPPORT**

**DAMIAN BATISTA,**
**SANDRA BATISTA**
**1915 Billingsly Terrace, Apt. 57**
**Bronx, NY 10453,**

                     *Respondent(s).*
——————————————————————X

STATE OF NEW YORK)
COUNTY OF BRONX) ss:

    DAMIAN BATISTA affirms the following:

1.     I live at 1915 Billingsley Terrace, Apartment 57, Bronx, NY 10453 ("my apartment.").

2.     I live in my rent stabilized apartment with my wife and one daughter.

3.     I moved into my apartment approximately 17 years ago.

4.     I receive a Section 8 subsidy administered by New York Housing Authority ("NYCHA").

5.     According to NYCHA, as of September 1, 2025, the current total contract rent for my apartment is $2,170.92 monthly; NYCHA's portion of the rent is $1,463.92, and my portion of the rent is $707.00.

6.     Previously, from November 2024 through August 2025, the current total contract rent for my apartment according to NYCHA was $2,112.82 monthly; NYCHA's portion of the rent was $1,220.82, and my portion of the rent was $892.00.

7.     The total contract rent for my apartment was supposed to be frozen at $2,051.28

Docusign Envelope ID: ...

because of an order issued by DHCR. I filed a complaint on February 5, 2024, and in response, DHCR froze the rent because there were a number of services that had not been maintained, including the kitchen floor wasn't level, the bathroom sink was loose, a bedroom door was broken, a window in the living room was broken, and the apartment needed plaster and paint throughout.

8.      My landlord requested that the rent be restored, but DHCR decided on September 12, 2025 that the landlord had only partially corrected the issues in my apartment, and so the request to restore the rent was denied.

9.      From August 2024 through October 2024, according to NYCHA, the current total contract rent for my apartment was $2,051.28 monthly; NYCHA's portion of the rent was $1,159.28, and my portion of the rent was $892.00.

10.     Before that, in June 2024 and July 2024, the current total contract rent for my apartment was $2,051.28 monthly; NYCHA's portion of the rent was $975.28, and my portion of the rent was $1,076.00.

11.     And prior to that, from June 2023 through May 2024, the current total contract rent for my apartment was $2,051.28 monthly; NYCHA's portion of the rent was $1,013.28, and my portion of the rent was $1,038.00.

12.     The tenant share letters that I provided to my attorney are true and accurate copies of the letters that I received from NYCHA.

13.     I communicated with my landlord multiple times to explain that my rent ledger included more than my share of the rent, and I was not responsible for paying that rent.

14.     I've paid my tenant share consistently throughout my time living in my apartment; I have bank records to prove this. I provided true and accurate copies of my bank transactions to my attorney to show that I've made all of my payments.

Docusign Envelope ID: ...

15.    My building was evacuated on December 11, 2023 because part of the building collapsed. I remained out of the building for a number of weeks. DHCR reduced the rent for my apartment to $1.00 from the time the building collapsed on December 11, 2023 until January 4, 2024.

16.    NYCHA Section 8 did not pay its share of the rent from January 2024 through November 2024. When it did start repaying the rent, it paid an extra three months to make up for some of the rent it had not paid. That means that NYCHA Section 8 did not pay its share for a total of eight months. But my landlord charged me for this rent even though I cannot be held responsible for it.

17.    I was part of a group lawsuit against my landlord, and the settlement gave me $2,500.00 towards my rent. But the landlord used it to pay the missing portion of the NYCHA Section 8 share.

18.    When I received the petition and notice of petition about this housing court case, I went to court to file an answer.

19.    I was surprised that I was sued because I always pay my rent.

20.    In my answer, I included defenses such as the rent having been paid, conditions in the subject premises that need to be repaired, and the petition seeks the Section 8 part of the rent.

21.    I have experienced severe and dangerous conditions in my apartment for years.

22.    The ceiling and walls bulged in the bathroom and bedrooms; they were recently replastered and repaired.

23.    The bathtub faucet is still loose.

24.    The floor tiles in the kitchen were cracked and/or lifting, but they were recently fixed.

DocuSign Envelope ID: 4A92EEEA-0F0B-4DA2-835A-ADECCB10F0EA

25. Two of the four burners on the stove do not work.

26. The refrigerator does not get cold enough and food spoils.

27. Windows in two different bedrooms and in the bathroom do not close all the way.

28. The rest of the apartment has not been painted in seven years.

29. I reported these conditions to the superintendent, an employee of the landlord, many times, but the conditions continue.

30. I attended court on July 1, 2025, and was connected with an attorney from Bronx Legal Services who would help me with my case in housing court.

31. I did not know about all of my defenses and the counterclaims that were available to me until I spoke with Bronx Legal Services.

32. My wife and I have paid all of our share of the rent and it would be very unfair if my wife, daughter, and I are evicted. We will face significant hardship if we lose our long-term home; we have nowhere to go if we are forced to leave.

WHEREFORE, I respectfully request that the Court grant my requested relief.

*I affirm, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

Dated: October 21, 2025
Bronx, New York

Signed by:

DAMIAN BATISTA

DocuSign Envelope ID: 48347431-E514-4C48-83F7-085FDA7EC501

Case 1:26-cv-02557-JSR   Document 34-17   Filed 07/10/26   Page 5 of 5

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF BRONX: HOUSING PART C**
——————————————————————X

**1915 REALTY LLC**

                              *Petitioner*,          **Index No. LT-310915-25/BX**

        -against-

                                     **AFFIRMATION OF**
                                     **TRANSLATION**

**DAMIAN BATISTA,**
**SANDRA BATISTA**
**1915 Billingsly Terrace, Apt. 57**
**Bronx, NY 10453,**

                              *Respondent(s)*.
——————————————————————X

VERONICA MELENDEZ affirms:

1.      I am over the age of 18 and not a party to this action.

2.      I am fluent in both the Spanish and English languages.

3.      On October 20, 2025, I translated the within Affirmation for Damian Batista, and

he indicated to me that he understood its meaning before affixing his signature thereto.

*I affirm this 20th day of October 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.*

Dated:    October 20, 2025
             Bronx, NY

                                          ┌ Signed by:

                                          *Veronica Melendez*
                                      └ 080EBA2D0657404...
                               VERONICA MELENDEZ