FILED: BRONX CIVIL COURT - L&T 01/27/2023 12:32 PM INDEX NO. LT-323335-22/BX
NYSCEF DOC. NO. 10 RECEIVED NYSCEF: 01/27/2023

Case 1:26-cv-02557-JSR    Document 34-30    Filed 07/10/26    Page 1 of 1

Civil Court of the City of New York
County of Bronx

Index # **LT-323335-22/BX**

Arnow & Grace LLC

                       Petitioner(s)

         -against-

Lashawn Lucas

                       Respondent(s)

**Decision / Order**

Recitation, as required by CPLR 2219(a), of the papers considered in review :

Upon the foregoing papers filed in this proceeding, the Decision/ Order oof the Court is as follows:

AFTER CONFERENCE, MATTER IS DISMISSED WITHOUT PREJUDICE. THE FILE AND RECORDS REFLECT ALL MONIES SOUGHT IN THIS PROCEEDING ARE THE NYCHA SECTION 8 PORTION OF THE RENT. THE PETITION ALLEGES THAT THE MONTHLY RENT FOR THE PREMISES IS $2,172.00 PER MONTH, WHICH IS THE SECTION 8 PORTION, AND NOT THE LEGAL RENT OF $2,200.00.

Date: January 25, 2023

                                      Hon. Arlene H. Hahn
                                      Housing Court Judge

**ENTERED**
January 25, 2023
Bronx
Housing Court