**FILED: BRONX CIVIL COURT - L&T 04/10/2025 03:26 PM** INDEX NO. LT-328656-24/BX
NYSCEF DOC. NO. 22 RECEIVED NYSCEF: 04/10/2025

Case 1:26-cv-02557-JSR   Document 34-32   Filed 07/10/26   Page 1 of 1

**CIVIL COURT OF THE CITY OF NEW YORK**

County of Bronx

Date March 27, 2025 Part G   #20, 21

Index No. L&T: 328656-24/BX

Page 1 of 1

Hon. Rumprecht-Behrens ✓

East 187 Realty LLC

Petitioner(s),

against

Yerilin Martinez, John Doe, Jane Doe

Respondent(s)

2 atty

**STIPULATION OF SETTLEMENT**

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner By counsel | | X | | |
| Respondent 1 By counsel | | X | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

So Ordered

Hon. A. Rumprecht-Behrens
Judge, Housing Court

1. Respondent's motion resolved and proceedings settled as follows: Answer is deemed filed and admitted. Portion of motion pertaining to dismissal is withdrawn without prejudice.

2. Respondent agrees to pay $7,250.00 by April 2, 2025, representing all rent and arrears due through March 2025. All other rent charges are waived.

3. Respondent's total current rent is $2315.16 as registered with NYCHA and her tenant share is $1505.00. Respondent will sign lease rider, and once submitted and approved by NYCHA rent may increase to amount set forth by NYCHA.

4. Petitioner shall inspect and repair the following conditions in the Respondent's apartment: 1) holes in/around the closet, 2) tiles replaced on the floor, 3) crack in the kitchen and hallway wall. Access dates to be arranged by the parties. Repairs to be completed within 30 days of unimpeded access.

5. Upon payment of the sum owing in paragraph 2, this proceeding will be deemed discontinued without prejudice to all rent owing through March 2025, without prejudice to claims for repairs.

6. Upon default by either party, parties may move to restore for appropriate relief by 8 days notice.

CIV-LT-30 page 1 (Revised 4/07)

Jaclyn Spencer
Bronx Legal Services

1 of 1