**NEW YORK CITY HOUSING AUTHORITY**
**LEASED HOUSING DEPARTMENT**

**LANDLORD CERTIFICATION FOR <u>CONDITIONAL</u> PERMISSION FOR A FAMILY**
**MEMBER/ADDITIONAL PERSON TO LIVE WITH A SECTION 8 FAMILY**

Re: Tenant _Damian Batista_
Address _Sandra Batista_
_1915 Billingsley #57_
Voucher # _0598547_
Vendor #

This notice certifies that I am giving conditional permission, pending final approval by the New York City Housing Authority, for the following person to live with the above named Section 8 family:

Name _Alejandro A. Batista_ Date of Birth _____
<span style="padding-left:3em">*(Last, First)*</span> <span style="padding-left:20em">*(mm/dd/yyyy)*</span>

Relationship (if any) _____

NYCHA 059.282 (Rev. 10/14/10)V3 & Reverse **LANDLORD CERTIFICATION FOR CONDITIONAL PERMISSION**

**1915_000556**

**NEW YORK CITY HOUSING AUTHORITY**
**LEASED HOUSING DEPARTMENT**

**LANDLORD CERTIFICATION FOR <u>CONDITIONAL</u> PERMISSION FOR A FAMILY
MEMBER/ADDITIONAL PERSON TO LIVE WITH A SECTION 8 FAMILY**

I acknowledge that once NYCHA grants conditional permission, the additional person is permitted to reside with the Section 8 family during the duration of the subsidized tenancy. The added person has no right to succeed to the Section 8 subsidy, in accordance with the Succession Policy.

Sign _____ Date `1 2 2 4 2 0 1 4`

Print Name

`D A V I D`    `D A V I D`
*Last*      *First*

Title

`M A N A G I N G   A G E N T`

Telephone #

`7 1 8   6 2 1   4 0 6 5`

<u>RETURN LETTER TO HOUSING AUTHORITY AT</u>:

AFTER PERMISSION IS GRANTED, A SIGNED COPY WILL BE SENT TO THE LANDLORD AND TENANT.

<u>CONDITIONAL PERMISSION GRANTED BY THE NEW YORK CITY HOUSING AUTHORITY</u>

NYCHA Signature _____ Date [ ] *(mm/dd/yyyy)*

Print Name

[ ]    [ ]
*Last*      *First*

Title

[ ]

NYCHA 059.282 (Rev. 10/14/10)V3 – Reverse LANDLORD CERTIFICATION FOR CONDITIONAL PERMISSION

1915_000557