**CIVIL COURT OF THE CITY OF NEW YORK**

County of Bronx

Date 04/22/26     Part C

Index No. L&T: 310915-25/BX

Page 1 of 1

Hon. Rumprecht-Behrens

1915 Realty LLC

Petitioner(s),

against

Damian Batista, Sandra Batista

Respondent(s)

#1415

2 atty

DISContinuance

**STIPULATION OF ~~SETTLEMENT~~**

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner  By counsel | | X | | |
| Respondent 1  By counsel | | X | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

At Petitioner's request, proceeding is discontinued as Petitioner agrees that the Petition was satisfied. Respondent's motion withdrawn without prejudice.

So Ordered

Hon. A. Rumprecht-Behrens
Judge, Housing Court

W Schwartz

Robyn Spencer
Bronx Legal
Services

CIV-LT-30 page 1(Revised 4/07)