UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ DAMIAN BATISTA and SANDRA       │
│ BATISTA                         │
│                                 │
│          Plaintiffs,            │
│                                 │
│     -v-                         │
│                                 │
│ EDELMAN SCHWARTZ PLLC, ZEV      │
│ SCHWARTZ, 1915 REALTY LLC,      │
│ YONAH ROTH, and BINYOMIN        │
│ HERZL,                          │
│                                 │
│          Defendants.            │
└─────────────────────────────────┘
```

26-cv-2557 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On June 12, 2026, in response to an application from plaintiff via jointly convened telephone call to Chambers, the Court extended plaintiffs' deadline to amend the complaint until July 10, 2026.[1]

The Clerk of Court is therefore respectfully directed to accept for filing the amended complaint filed by plaintiffs on July 10, 2026.

SO ORDERED.

New York, NY
July 14, 2026

JED S. RAKOFF, U.S.D.J.

---

[1] The Court also granted defendants' application to extend the deadline to reply to plaintiff's opposition to the motion to dismiss until June 19, 2026.

1