UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMIAN BATISTA and SANDRA
BATISTA

              Plaintiffs,

      -v-

EDELMAN SCHWARTZ PLLC, ZEV
SCHWARTZ, 1915 REALTY LLC,
YONAH ROTH, and BINYOMIN
HERZL,

              Defendants.

26-cv-2557 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

      Before the Court are two motions to dismiss -- one from defendants Edelman Schwartz PLLC and Zev Schwartz (the "Attorney Defendants") and another from defendants 1915 Realty LLC, Yonah Roth, and Binyomin Herzl (the "Landlord Defendants"). See ECF Nos. 24, 27. As relevant here, among other things, the Attorney Defendants argue that plaintiffs' sole federal law claim, an alleged violation of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692 et seq., should be dismissed because it is time-barred by the FDCPA's one-year statute of limitations. Id. § 1692k(d).

      On July 10, 2026, after briefing on the motions to dismiss was complete, plaintiffs filed an amended complaint. On July 14, 2026, the Court held argument on the motions to dismiss. In light of the new allegations in the amended complaint, the Court limited argument to the statute of limitations issue, which was not impacted by the amended complaint.

1

After careful consideration of the parties' submissions and the arguments of counsel, the Court hereby denies the Attorney Defendants' motion to dismiss to the extent it seeks dismissal of the FDCPA claim as time-barred. See ECF Nos. 24, 25. A full opinion will follow in due course, after the parties have had the opportunity to supplement their briefing in light of the new allegations in the amended complaint.

The parties are directed to jointly call Chambers at 12:00 pm on July 16, 2026, to set a schedule for supplemental briefing on the motions to dismiss.

SO ORDERED.

New York, NY
July 15, 2026

JED S. RAKOFF, U.S.D.J.

2