# 170 West Burnside Avenue, Bronx, 10453

Generated on 03/16/2026

NYC
Department of
Housing Preservation
& Development

## Building Overview

## Building Details

ALSO KNOWN AS

1915 Billingsley Terrace    170 West Burnside Avenue    1915 Billingsly Terrace

| STATUS | REG# | RANGE | BIN | BLOCK | LOT | CENSUS TRACT |
|---|---|---|---|---|---|---|
| Active | 202648 | 170-184 | 2009112 | 2879 | 184 | 24501 |
| STORIES | A UNITS | B UNITS | CD | CLASS | OWNERSHIP | BUILDING ID |
| 6 | 47 | 0 | 5 | B | PVT | 122004 |

## Building Statistics

| COMPLAINTS | VIOLATIONS | BUILDING CHARGES/FEES | LITIGATION |
|---|---|---|---|
| 315 | 4 (A: 2, B: 0, C: 2, I: 0) | 93 | 9 |
| HISTORICALLY RENT REGULATED | ACTIVE LEAD EXEMPTIONS | BED BUGS REPORT FILED | HISTORICAL IMAGE CARDS |
| Yes | Yes | Yes | No |
| FIREPROOF | ACTIVE VACATE ORDER | TENANT HARASSMENT FINDINGS | CERTIFICATION OF NO HARASSMENT PILOT PROGRAM |
| No | No | No | No |
| ALTERNATE ENFORCEMENT PROGRAM (AEP) | UNDERLYING CONDITIONS PROGRAM (UC) | HEAT SENSOR PROGRAM | CERTIFICATION WATCHLIST |
| No | No | No | No |

## Property Owner Registration Information

Last Registration Date - 09/26/2025     Registration Expiration Date - 09/01/2026

| OWNER | ORGANIZATION | NAME | ADDRESS |
|---|---|---|---|
| Head Officer | - | Binyomin Herzl | 1417 AVE J #, BROOKLYN, 11230 |
| Corporation | 1915 REALTY LLC | - | 1417 AVE J #, BROOKLYN, 11230 |
| Managing Agent | - | BINYOMIN HERZL | 1417 AVENUE J null, Brooklyn, 11230 |


HPD ONLINE