

| State of New York<br>**Division of Housing and Community Renewal**<br>Office of Rent Administration<br>Web Site: www.hcr.ny.gov | Gertz Plaza<br>92-31 Union Hall Street<br>Jamaica, NY 11433<br>(833) 499-0343 | Docket Number<br>**MW 610041 OR**<br>Issue Date<br>**09/12/2025** |
|---|---|---|

## ORDER DENYING OWNER'S APPLICATION TO RESTORE RENT
### (RENT STABILIZED)

**Mailing Address of Owner:**

1915 Realty Llc
Pob 243
Brooklyn NY   11204

**Mailing Address of Tenant(s):**

Damian Batista
Apt 57
1915 Billingsley Ter
Bronx NY   10453

**Subject Housing Accommodation:**          **Related Docket:   MN610078S**

Apt. No: 57
1915 Billingsley Ter
Bronx NY   10453


I.   <u>FACTS:</u>  Rent was previously reduced by order issued on 10/24/2024 under
Docket Number MN 610078 S based on decreased service(s).  The owner applied
to restore rent based on restoration of service(s).  All parties were afforded
an opportunity to respond by service of owner's application on 11/14/2024.

II.  <u>FINDINGS:</u>  Based upon a complete review of the record, the DHCR finds that
conditions cited in the order reducing rent have been <u>partially</u> corrected.

<u>SERVICES RESTORED:</u>
BATHROOM SINK FAUCET
BEDROOM 1 DOOR
LEFT LIVING ROOM WINDOW

<u>SERVICES NOT RESTORED:</u>
FLOOR LEVELING KITCHEN
PAINT/PLASTER APT WIDE

<u>ADDITIONAL COMMENTS:</u>

An inspection was conducted at the subject premises on September 04, 2025.
Present at this inspection was:
the tenant and the superintendent.



**New York State Homes and Community Renewal**
**DHCR - Office of Rent Administration**

This is a true and accurate copy of a DHCR/ORA document using an unaltered digital image.

Date: 9/18/2025

*Sharae Russell*
Certifying Officer

To:   1915 REALTY LLC
POB 243
BROOKLYN NY  11204



| | | |
|---|---|---|
| State of New York<br>**Division of Housing and Community Renewal**<br>Office of Rent Administration<br>Web Site: www.hcr.ny.gov | Gertz Plaza<br>92-31 Union Hall Street<br>Jamaica, NY 11433<br>(833) 499-0343 | Docket Number<br>**MW 610041 OR**<br>Issue Date<br>**09/12/2025** |

## ORDER DENYING OWNER'S APPLICATION TO RESTORE RENT
### (RENT STABILIZED)

The following services were found restored:
1. No damage or defects were observed on the bathroom sink faucet.
2. The bedroom 1 door had no damage or defects.
3. The left living room window balance had no damage or defects.

The following services were found not restored on September 04, 2025:
1. The kitchen floor tiles were cracked and bulging.
2. Paint/plaster defects were found throughout the apartment as follows:
   A) The bathroom ceiling around the bathtub was bulging and sagging. Cracked and uneven plaster was observed.
   B) The bedroom 2 ceiling and walls around the window had cracked and uneven paint/plaster.
   C) The bedroom 3 ceiling was cracked and uneven. The area needs to be properly plastered, sanded, and painted.

III. <u>DETERMINATION</u>:  The owner's application to restore rent is denied.

IV.  <u>PETITION FOR ADMINISTRATIVE REVIEW (PAR)</u>:  If you believe this order is based on an error in law and/or fact, you may file a PAR on DHCR form RAR-2, no later than 35 days after the issuance date of this order.  PARs filed after the time limit specified above will be considered late and will be dismissed.  Requests for an extension of time to file a PAR cannot be considered.  Call (833) 499-0343 or visit your local Rent Office and request form RAR-2.  This form is also available on our website at hcr.ny.gov.

MARGARET RAMROOP
Rent Administrator     Issued: 09/12/2025

RO-3142  (6/2022)                          PAGE 2 OF 2