

☰    RENTAL PROP

# Transactions

Please allow 1-2 days for your recent payments

Make a payment

Feb 03, 2026 ✓

**$707.00** • ✓
T029582

JPMORGAN CHASE BANK **** 6554

Unit: 1915 BILLINGSLEY TERRACE, #57

Jan 02, 2026 ✓

**$707.00** • ✓
T029100

JPMORGAN CHASE BANK **** 6554

Unit: 1915 BILLINGSLEY TERRACE, #57



☰    **RENTAL PROP**

# Transactions

Please allow 1-2 days for your recent payments

[ Make a payment ]

---

**$707.00** ●                                                Dec 01, 2025

JPMORGAN CHASE BANK **** 655...                              T028609

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$707.00** ●                                                Nov 01, 2025

JPMORGAN CHASE BANK **** 655...                              T028173

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$707.00** ●                                                Oct 03, 2025

JPMORGAN CHASE BANK **** 655...                              T027753

Unit: 1915 BILLINGSLEY TERRACE, #57

---

✲ **$707.00** ● *SEPTEMBER*                                  Aug 31, 2025

JPMORGAN CHASE BANK **** 655...                              T027154

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$58.10** ●                                                 Aug 08, 2025

JPMORGAN CHASE BANK **** 655...                              T026873

Unit: 1915 BILLINGSLEY TERRACE, #57

---

# Transactions

Please allow 1-2 days for your recent payments



**RENTAL PROP**

a payment

**$707.00** •                                                    Aug 31, 2025

JPMORGAN CHASE BANK **** 655...                     T027154

Unit: 1915 BILLINGSLEY TERRACE, #57

**$58.10** •                                                     Aug 08, 2025

JPMORGAN CHASE BANK **** 655...                     T026873

Unit: 1915 BILLINGSLEY TERRACE, #57

**$892.00** •                                                    Aug 01, 2025

JPMORGAN CHASE BANK **** 655...                     T026700

Unit: 1915 BILLINGSLEY TERRACE, #57

**$892.00** •                                                    Jul 01, 2025

JPMORGAN CHASE BANK **** 655...                     T026126

Unit: 1915 BILLINGSLEY TERRACE, #57

**$58.10** •                                                     Jul 01, 2025

JPMORGAN CHASE BANK **** 655...                     T026127

Unit: 1915 BILLINGSLEY TERRACE, #57

**$58.10** •                                                    Jun 09, 2025

JPMORGAN CHASE BANK **** 655...                                 T025824

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                   May 31, 2025

JPMORGAN CHASE BANK **** 655...                                 T025577

Unit: 1915 BILLINGSLEY TERRACE, #57


**$58.10** •                                                    May 31, 2025

JPMORGAN CHASE BANK **** 655...                                 T025578

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                   May 01, 2025

JPMORGAN CHASE BANK **** 655...                                 T025028

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                   Apr 01, 2025

JPMORGAN CHASE BANK **** 655...                                 T024534

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                   Mar 01, 2025

JPMORGAN CHASE BANK **** 655...                                 T024012

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                   Feb 07, 2025

JPMORGAN CHASE BANK **** 655...                                 T023706

Unit: 1915 BILLINGSLEY TERRACE, #57


**$892.00** •                                                   Jan 02, 2025

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T022996

---

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Dec 02, 2024

T022442

---

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Nov 01, 2024

T021906

---

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Oct 02, 2024

T021483

---

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Sep 06, 2024

T021069

---

**$892.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Aug 01, 2024

T020414

---

**$1,076.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Jul 01, 2024

T019964

---

**$1,076.00** •

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Jun 04, 2024

T019583

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

May 03, 2024

T019097

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Apr 05, 2024

T018706

**$1,022.89** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Mar 15, 2024

T018392

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Mar 04, 2024

T018154

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Feb 08, 2024

T017656

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Dec 04, 2023

T016508

**$1,038.00** ●

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

Nov 03, 2023

T016043

**$1,038.00** ●

Oct 01, 2023

JPMORGAN CHASE BANK **** 655...    T015490

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •    Aug 31, 2023

JPMORGAN CHASE BANK **** 655...    T015028

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •    Aug 02, 2023

JPMORGAN CHASE BANK **** 655...    T014634

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •    Jul 07, 2023

JPMORGAN CHASE BANK **** 655...    T014296

Unit: 1915 BILLINGSLEY TERRACE, #57

**$1,038.00** •    Jun 03, 2023

JPMORGAN CHASE BANK **** 655...    T013807

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •    May 05, 2023

JPMORGAN CHASE BANK **** 655...    T013380

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •    Apr 01, 2023

JPMORGAN CHASE BANK **** 655...    T012877

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** •    Mar 04, 2023

JPMORGAN CHASE BANK **** 655...    T012494

Unit: 1915 BILLINGSLEY TERRACE, #57

**$973.00** ●

Feb 06, 2023

JPMORGAN CHASE BANK **** 655...

T012122

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$973.00** ●

Jan 06, 2023

JPMORGAN CHASE BANK **** 655...

T011682

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$973.00** ●

Dec 05, 2022

JPMORGAN CHASE BANK **** 655...

T011236

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$973.00** ●

Nov 08, 2022

JPMORGAN CHASE BANK **** 655...

T010902

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$973.00** ●

Oct 03, 2022

JPMORGAN CHASE BANK **** 655...

T010403

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$1,023.00** ●

Sep 05, 2022

JPMORGAN CHASE BANK **** 655...

T010053

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$1,023.00** ●

Jul 31, 2022

JPMORGAN CHASE BANK **** 655...

T009564

Unit: 1915 BILLINGSLEY TERRACE, #57

---

**$1,023.00** ●

Jul 05, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T009298

**$1,023.00** •

Jun 06, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T008955

**$1,023.00** •

May 04, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T008572

**$1,023.00** •

Mar 29, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T008051

**$1,023.00** •

Mar 06, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T007840

**$1,023.00** •

Feb 08, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T007531

**$1,023.00** •

Jan 05, 2022

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T007143

**$1,023.00** •

Dec 05, 2021

JPMORGAN CHASE BANK **** 655...

Unit: 1915 BILLINGSLEY TERRACE, #57

T006787

© Rental Prop
Powered by: ManageGo