February 10ᵗʰ,2024

Section 8 Department

To whom it may concern,

My name is Damian Batista (voucher #0598547). I am writing to inform that on January 3ʳᵈ,2024 the building department of New York City lifted the eviction notice on the premises of 1915 Billingsley Terrace, Bronx NY 10453 and the landlord allowed the tenants to return to their apartments.

I Damian Batista returned to the apartment and I tried calling the Section 8 department several times to let you guys know that I returned. I tried calling and even after a long waiting time on the line I could never reached a representative.

I am please asking for the section 8 to restore the rent payments to the landlord because the landlord everyday claims the rent money owed to him.

Thank you in advance for your help.

Sincerely,

Damian Batista
1915 Billingsley Terrace 57
Bronx, NY 10453