ALTY LLC

243, Brooklyn, NY 11204

AKE CHECK PAYABLE TO: **1915 REALTY LLC**

PAYMENTS MADE AFTER THE 20TH OF THE MONTH MAY NOT BE REFLECTED ON THIS BILL

718-621-4065

| DATE |
|---|
| 03/26/24 |

D E T A C H

H E R E

PLEASE RETURN PAYMENT TO:

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

1915-57

**NAME**

BATISTA, DAMIAN
BATISTA, SANDRA
1915 BILLINGSLEY TERRACE  57
BRONX, NY 10453

Amount Due: $6,225.96

1915 REALTY LLC
PO BOX 40319
BROOKLYN, NY 11204

KEEP THIS STUB FOR YOUR RECORDS

Account: 1915-57

| ITEM | AMOUNT |
|---|---|
| Rent Arrears | 4,075.84 |
| Security Arrears | 98.84 |
| Rent Charge - Apr | 2,051.28 |

| DATE DUE | AMOUNT DUE |
|---|---|
| 04/01/24 | $6,225.96 |

PLEASE TO THE LANDLORD TO CALL
SECTION 8 AND CLAIM THAT THEY PAY
THE PORTION OF THE RENT THAT SECTION 8
HAS BEYOND, BECAUSE I AM PAYING THE
PORTION OF THE RENT THAT I AM RESPONSIBLE
TO PAY EVERY MONTH.

I CALLED SECTION 8 AND THEY TOLD
ME THAT IT IS UP TO THE LANDLORD TO
CALL AND CLAIM THE PAYMENT OF THE
RENT THAT SECTION 8 HAS BEYOND
WITH THE LANDLORD.



Total

Grand Total:                                    $5.08

Cash                                            $5.08

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
                1-800-222-1811.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
    https://informeddelivery.usps.com

      USPS IS NOW HIRING, APPLY at
         WWW.USPS.COM/CAREERS

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
      Thank you for your business.

    Tell us about your experience.
  Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



      or call 1-800-410-7420.


UFN: 350914-0128
Receipt #: 840-51000070-4-8427458-14
Clerk: 87

DAMIAN BATISTA
1915 BILLINGSLEY TERRACE 57
BRONX, N.Y. 10453.

1915 REALTY LLC
P.O. BOX 40319
BROOKLYN, N.Y. 11204