**CIVIL COURT OF THE CITY OF NEW YORK**

County of Bronx

Date October 24, 2025 Part C

Index No. L&T: 310915-25/BX

Page 1 of 1

Hon. Rumprecht Behrens

*Adjournment*

---

1915 Realty LLC

Petitioner(s),

against

Damian Batista,
Sandra Batista,
John Doe, Jane Doe

Respondent(s)

2 Atty
#15-16

**STIPULATION OF SETTLEMENT**

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

---

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner  By counsel | | X | | |
| Respondent 1  By counsel | | X | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

---

1. This proceeding is adjourned to 12/22/25 at 9:30 am for motion practice.

2. Petitioner to file opposition, if any, by 12/5/25.

3. Respondent to file reply, if any, by 12/18/25.

4. Petitioner to inspect and repair (as required by law) the following conditions: 1) bathtub faucet is loose, 2) stove broken (2 burners don't work), 3) fridge doesn't stay cold, 4) 2 windows (in 2 bedrooms) and window in bathroom don't close all the way, 5) apartment needs paint. Access dates: ~~11/12~~ Nov 12 + 13 workers by noon, 9am - 5pm.

---

Vincent Capone-Fox

Jackie Spencer
Bronx Legal Services
jspencer@lsnyc.org

CIV-LT-30 page 1(Revised 4/07)