FILED: BRONX CIVIL COURT - L&T 12/23/2025 11:35 AM    INDEX NO. LT-310915-25/BX
NYSCEF DOC. NO. 24    RECEIVED NYSCEF: 12/23/2025

Case 1:26-cv-02557-JSR    Document 37-24    Filed 07/16/26    Page 1 of 1

# CIVIL COURT OF THE CITY OF NEW YORK

County of Bronx

Date 12/23/25    Part C (in I)

Index No. L&T: 310915-25/BX

Page 1 of 1

Hon. Baum

1915 Realty LLC

Petitioner(s),

against

Damian Batista,
Sandra Batista,
John Doe, Jane Doe

Respondent(s)

HOWARD J. BAUM JUDGE, HOUSING COURT

# 23, 24

2 atty

Adjournment

## STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner   By counsel | | X | | |
| Respondent 1   By counsel | | X | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

Motion is adjourned to for Petitioner to file 2/23/26 opposition on Petitioner's request. (Final opportunity for opposition.)
Petitioner's opposition by 1/26
Respondents reply, if any, by 2/6

Jaclyn Spencer
Bronx Legal Services

CIV-LT-30 page 1(Revised 4/07)

1 of 1