**NEW YORK CITY HOUSING AUTHORITY**
**LEASED HOUSING DEPARTMENT**

**LANDLORD CERTIFICATION FOR <u>CONDITIONAL</u> PERMISSION FOR A FAMILY**
**MEMBER/ADDITIONAL PERSON TO LIVE WITH A SECTION 8 FAMILY**

Re: Tenant _Damian Batista_
Address _Sandra Batista_
_1915 Billingsley #57_
Voucher # _0598547_
Vendor # _____

This notice certifies that I am giving conditional permission, pending final approval by the New York City Housing Authority, for the following person to live with the above named Section 8 family:

Name ___Alejandro A. Batista___ Date of Birth _____
    *(Last, First)*                                                    *(mm/dd/yyyy)*

Relationship (if any) _____

NYCHA 059.282 (Rev. 10/14/10)V3 & Reverse **LANDLORD CERTIFICATION FOR CONDITIONAL PERMISSION**

**1915_000556**

**NEW YORK CITY HOUSING AUTHORITY**
**LEASED HOUSING DEPARTMENT**

**LANDLORD CERTIFICATION FOR <u>CONDITIONAL</u> PERMISSION FOR A FAMILY
MEMBER/ADDITIONAL PERSON TO LIVE WITH A SECTION 8 FAMILY**

I acknowledge that once NYCHA grants conditional permission, the additional person is permitted to reside with the Section 8 family during the duration of the subsidized tenancy. The added person has no right to succeed to the Section 8 subsidy, in accordance with the Succession Policy.

Sign _____ Date `1 2 2 4 2 0 1 4`

Print Name

`D A V I D`     `D A V I D`

Last     First

Title

`M A N A G I N G   A G E N T`

Telephone #

`7 1 8` `6 2 1` `4 0 6 5`

**RETURN LETTER TO HOUSING AUTHORITY AT:**

AFTER PERMISSION IS GRANTED, A SIGNED COPY WILL BE SENT TO THE LANDLORD AND TENANT.

---

**<u>CONDITIONAL PERMISSION GRANTED BY THE NEW YORK CITY HOUSING AUTHORITY</u>**

NYCHA Signature _____ Date

*(mm/dd/yyyy)*

Print Name

Last     First

Title

---