7/6/26, 12:32 PM

Tenant Statements

FROM
Damian Batista & Sandra Batista
1915 Billingsley Terrace, Apt. 57
Bronx, NY 10453

| DATE PRINTED | ITEM | AMOUNT |
|---|---|---|
| 7/6/2026 | Subsidy Balance | $1,463.92 |
| | Tenant Balance | $8,404.25 |
| | **Total Due** | **$9,868.17** |

MAIL TO

Phelan Place Holdings LLC
P.O. BOX 40319,
Brooklyn, NY 11204

| DATE DUE | MAKE CHECK PAYABLE TO |
|---|---|
| 7/1/2026 | **Phelan Place Holdings LLC** |

ACCOUNT: 57 - 1915 Billingsley Terrace, Damian Batista & Sandra Batista

------------------------------------------------------------------------------------------------------
PLEASE DETACH HERE AND RETURN TOP PORTION WITH PAYMENT - THANK YOU

# STATEMENT

**Phelan Place Holdings LLC**

Phelan Place Holdings LLC
P.O. BOX 40319,
Brooklyn, NY 11204

DATE PRINTED  7/6/2026
DATE DUE       7/1/2026

Damian Batista & Sandra Batista
1915 Billingsley Terrace, Apt. 57
Bronx, NY 10453

### Transaction Details

| Date | Description | Charge | Payment | Balance |
|---|---|---|---|---|
| | Balance brought Forward | | | 7,019.94 |
| 6/1/2026 | Rent Charge | 2,236.05 | | 9,255.99 |
| 6/1/2026 | Security Charge | 65.13 | | 9,321.12 |
| 6/2/2026 | S8 Payment - E9027243 | | 1,188.92 | 8,132.20 |
| 6/2/2026 | Rent Receipt - T031372 Damian Batista | | 982.00 | 7,150.20 |
| 7/1/2026 | Rent Charge | 2,236.05 | | 9,386.25 |
| 7/1/2026 | Section 8 Charge | 1,463.92 | | 10,850.17 |
| 7/2/2026 | Payment Receipt ManageGo 546423 (Payment Date: 07/01/2026 Paid By: Damian Batis) | | 982.00 | 9,868.17 |

Total Due:    $9,868.17

https://dkckmgmt.rlusers.com/PrintStatement.aspx?&ddlBuilding=7~23~11~21~25~27~33~34&ddlUnit=-1&ddlName=-1&email=0...