AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Damian Batista, et ano | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Edelman Schwarz PLLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Kleiner, sued herein as Dovid Kleiner                                                                 .

Date:      07/16/2026                                                    /s/Eric W.Berry
                                                                                          *Attorney's signature*

                                                                         Eric W.  Berry (NY  2069524)
                                                                              *Printed name and bar number*

                                                                           745 Fifth Avenue, 5th Floor
                                                                           New York, New York   10151

                                                                                          *Address*

                                                                           berrylawpllc@gmail.com
                                                                                   *E-mail address*

                                                                              (212) 355-0777
                                                                               *Telephone number*

                                                                                   *FAX number*