AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Damian Batista, et ano | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Edelman Schwarz PLLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Phelan Place Holdings LLC                                                                                          .

Date:      07/16/2026

/s/Eric W.Berry
*Attorney's signature*

Eric W.  Berry (NY  2069524)
*Printed name and bar number*

745 Fifth Avenue, 5th Floor
New York, New York   10151

*Address*

berrylawpllc@gmail.com
*E-mail address*

(212) 355-0777
*Telephone number*

*FAX number*