AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Damian Batista, et ano | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    26 Civ. 2557 (JSR) |
| Edelman Schwarz PLLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DK & CK Management Corp.                                                                                   .

Date:        07/16/2026                                            /s/Eric W.Berry
                                                                              *Attorney's signature*


                                                                  Eric W.  Berry (NY  2069524)
                                                                        *Printed name and bar number*


                                                                    745 Fifth Avenue, 5th Floor
                                                                    New York, New York   10151

                                                                              *Address*


                                                                  berrylawpllc@gmail.com
                                                                          *E-mail address*


                                                                    (212) 355-0777
                                                                        *Telephone number*


                                                                          *FAX number*