**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
DAMIAN BATISTA, SANDRA BATISTA,

                          No: 1:26-CV-2557

                Plaintiffs,

       -against-                  **NOTICE OF MOTION**

EDELMAN SCHWARTZ PLLC,
ZEV SCHWARTZ,
1915 REALTY LLC,
YONAH ROTH, and BINYOMIN HERZL,

                Defendants.
------------------------------------------------------------------ x

**PLEASE TAKE NOTICE,** that upon the accompanying memorandum of law in support, attorney declaration of Peter J. Biging, Esq. dated May 22, 2026, and all the exhibits annexed thereto, and the original memorandum of law in support, Defendants EDELMAN SCHWARTZ PLLC and ZEV SCHWARTZ ("Attorney Defendants") will move this Court at the United States District Court, Southern District of New York located at 500 Pearl Street, New York, New York, Courtroom 14B, on August 24, 2026 at 2:00 pm, or at some other date and time to be set by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(1):

(i)     Dismissing Counts One through Four of Plaintiffs Damian Batista's and Sandra Batista's Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6) and/or 12(b)(1), and thus the Complaint as against the Attorney Defendants in its entirety; and

(ii)    Granting such other and further relief as this Court deems just and proper.

**TAKE FURTHER NOTICE,** that pursuant to Local Rule 6.1(b), opposing or response papers, if any, must be served upon the undersigned within fourteen (14) days of service of this motion, as ordered by the Court.

1

2

Dated: July 30, 2026
      New York, New York

GOLDBERG SEGALLA LLP


/s/ Peter J. Biging
Peter J. Biging
Andrew H. Reynard
*Attorneys for the Attorney Defendants*
711 Third Avenue
New York, New York 10017
pbiging@goldbergsegalla.com
areynard@goldbergsegalla.com