UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------X
DAMIAN BATISTA and
SANDRA BATISTA,

               Plaintiffs,                   Case No. 26 Civ. 2557 (JSR)

  - against -

EDELMAN SCHWARTZ PLLC, *et al.*,

               Defendants.         **NOTICE OF MOTION TO DISMISS**
--------------------------------------------------------X

       PLEASE TAKE NOTICE THAT, upon the accompanying July 30, 2026 memorandum of law, defendants 1915 Realty LLC, Phelan Place Holdings, LLC, DK & CK Management Corp. and David Kleiner will move before this Court, the Hon. Jed S. Rakoff, U.S.D.J., presiding, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 14B, New York, New York  10007, on a date and at a time to be determined by the Court, for an order pursuant to Fed. R. Civ. P. 12(b)(6) dismissing the Second and Fourth Claims asserted in Amended Complaint, and to the extent any pendent non-federal claims survive the Rule 12(b)(6) motion, for an order in accordance with 28 U.S.C. §1367(c) that the Court declines to exercise supplemental jurisdiction over them.

       PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's July 16, 2026 minute entry, any submissions in opposition to this motion shall be filed on or before August 13, 2026.

Dated: New York, New York        Berry Law PLLC
      July 30, 2026             /s/Eric W. Berry
                        By: _____
                        Eric W. Berry [NY2069524]
                 *Attorneys for Defendants 1915 Realty LLC,*
                   *Phelan Place Holdings, LLC, DK & CK*
                 *Management Corp. and David Kleiner*
                 745 Fifth Avenue, 5th Floor
                 New York, New York 10151
                 (212) 355-0777

To: all counsel *via* ECF