**AHMAD KESHAVARZ**
*Attorney at Law*

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (347) 308-4859
Fax: (877) 496-7809

November 16, 2026

**VIA ECF**

Hon. Jed S. Rakoff
United States District Court,
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**Re: Joint notice of settlement.**
***Batista, et al. v. Edelman Schwartz PLLC, et al.*, 1:26-cv-02557-JSR**

Dear Judge Rakoff:

The Parties submit this joint letter to affirm that the case has been finally settled. The Parties respectfully request that the Court issue an Order:

(i) dismissing this action, with prejudice, without costs, disbursements, or attorney's fees to either party as against the other; and

(ii) retaining jurisdiction to reinstate the case within 30 days of the dismissal if any party contends that the terms of the settlement have not been complied with.

The Parties thank the Court for its consideration.

Respectfully,

By: /s/
Ahmad Keshavarz
The Law Office of Ahmad Keshavarz
*One of the Counsels for Plaintiffs DAMIAN BATISTA and SANDRA BATISTA*

By: /s/
Andrew Reynard
Goldberg Segalla LLP
*Attorneys for Defendants EDELMAN SCHWARTZ PLLC and ZEV SCHWARTZ*

By: /s/
Eric W. Berry
Berry Law PLLC
*Attorneys for Defendants 1915 REALTY LLC, PHELAN PLACE HOLDINGS LLC, DK & CK MANAGEMENT CORP., AND DOVID KLEINER AKA DAVID KLEINER AKA DAVID GREEN AKA DAVID DAVID*